FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 DEC -9 AM 11: 20

MIDDLE D......... FLORIDA
JACKSONVILLE. FLORIDA

In re: Notification to Appropriate
Officials in Prisoner Cases
Alleging Possible Danger of
Injury or Death

Case No. 3:14 mc-52-J- 34 mce

---

## STANDING ORDER TO CLERK TO NOTIFY INSPECTOR GENERAL OF THE FLORIDA DEPARTMENT OF CORRECTIONS AND WARDEN OF AFFECTED INSTITUTION REGARDING INMATE CLAIM OF SUICIDAL INTENT OR OTHER IMMINENT PHYSICAL HARM

Because this Court has a very high number of cases filed by pro se prisoners in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, and (without regard to the legal merits of the case) the Court routinely enters orders on an expedited basis directing the Clerk of the Court to immediately notify the appropriate prison officials of such allegations for whatever action may be deemed appropriate, and in an effort to expedite such notification, it is hereby **ORDERED**:

1.    Upon receiving any correspondence or pleading from a pro se inmate, in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, the **Clerk** shall immediately transmit, via email and/or facsimile, a copy of such correspondence or pleading and this Order to the Inspector General for the Florida Department of Corrections and the warden of the institution at

which the inmate is confined for whatever action may be deemed appropriate in light of the inmate's allegations. This is merely a notification to appropriate officials not a ruling on the merits of the case or motion.                                    •

2.    The **Clerk** shall confirm that such notification was received and make an entry on the docket reflecting that such notification was sent to the appropriate officials.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of December, 2014.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

Copies to:
Division Manager
Court Operations Supervisor

- 2 -