FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2016 FEB -1  PM 12: 49

LEWIS SMITH,

    Plaintiff,

v.                                           Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et al.,

    Defendants.

---

### FLORIDA DEPARTMENT OF CORRECTIONS, OFFICE OF INSPECTOR GENERAL'S RESPONSE TO THE COURT'S ORDER DATED DECEMBER 16, 2015

COMES NOW, the Florida Department of Corrections ("Department"), Office of Inspector General, by and through the undersigned and responds to Court's Order dated December 16, 2015, dismissing this case and ordering the Department's Inspector General to inform the Court as to the extent of any investigation that has been undertaken and disposition. The Inspector General does hereby provide the Court with the following information as ordered:

1. Pursuant to Memorandum of Agreement between the Department and the Florida Department of Law Enforcement ("FDLE"), the FDLE is conducting an investigation into the allegations. The FDLE's case number is JA-37-0110 and Special Agent Mark Pentolino is the assigned case agent.

2. The information provided to the Court has been forwarded to Special Agent Pentolino.

3. The Department's Office of Inspector General has an "Investigative Assist" case, number 15-28020, accompanying the FDLE case. Inspector Randall Merritt is the lead inspector on the investigative assist case.

4. Both investigations are currently active and ongoing. Inmate Lewis Smith, DC #B07953 will be interviewed as part of the ongoing investigations.

5. The information provided by the Court, as-well-as, the related e-mail correspondence will be attached to investigative assist case number 15-28020.

Respectfully submitted and dated this 1st day of February, 2016.

---
Jeffery T. Beasley
Inspector General

Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Telephone: (850) 488-9265