## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LEWIS SMITH,
    Plaintiff
v.                                    Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et. al.,
    Defendants
_____/

### FLORIDA DEPARTMENT OF CORRECTIONS, OFFICE OF INSPECTOR GENERAL'S RESPONSE TO THE COURT'S ORDERS DATED FEBRUARY 2, 2016 AND DECEMBER 2, 2016

COMES NOW, the Florida Department of Corrections ("Department") Office of Inspector General, by and through the undersigned counsel and responds to the Court's Orders dated February 2, 2016, and December 2, 2016, ordering the Department's Inspector General to inform the Court of the results of the Florida Department of Law Enforcement ("FDLE") investigation and the related "Investigative Assist" case investigation. The Office of Inspector General states as follows:

1. Pursuant to a Memorandum of Agreement between the Department and FDLE, the FDLE conducted its investigation into the death of Inmate Gaines. This investigation, FDLE case number JA-37-0110 was conducted by Special Agent ("SA") Mark Pentolino.

2. The FDLE investigation revealed that the probable cause of death for Inmate Vincent Gaines was Undetermined. The FDLE's Report of Investigation noted that no foul play or suicide was suspected. After review of the investigation by Assistant State Attorney (ASA) Shawn Thompson of the Eighth Judicial Circuit, the State Attorney's Office indicated they will not be opening any matter into the

death. Subsequent to that determination, FDLE closed its investigation due to lack of evidence of criminal activity.

3. On August 15, 2016, Inspector Randall Merritt received all the reports for the Inmate Gaines Death Investigation FDLE case JA-37-0110. Inspector Merritt received email confirmation from SA Pentolino on August 16, 2016 that FDLE"s investigation was closed.

4. Subsequent to the closure of the FDLE investigation Inspector Randall Merritt recommended the Investigative Assist investigation be closed as: "Exceptionally Cleared." On August 23, 2016 the case was closed as recommended. For Inspector General investigations of this nature, the term "Exceptionally Cleared" refers to a death investigation where no evidence exists that the death was the result of a crime or neglect.

WHEREFORE, the Florida Department of Corrections, Office of Inspector General, hereby submits this Status Report as ordered.

Respectfully submitted,

s/Alexandria E. Williams
Florida Bar No.: 0110590
Assistant General Counsel
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, FL 32399-2500
Phone: 850-717-3605
Fax: 850-922-4355
Email: Alexandria.Williams@fdc.myflorida.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served on December 19, 2016, by U.S. mail to Lewis Smith, DC#B07953, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.

s/Alexandria E. Williams
Assistant General Counsel