UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEWIS SMITH,

    Plaintiff,

v.      Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et al.,

    Defendants.

_____

**ORDER**

The Florida Department of Corrections, Office of Inspector General, shall provide the Court with copies of all of the reports for the Inmate Gaines Death Investigation FDLE case no. JA-37-0110 (including a copy of the Florida Department of Law Enforcement's Report of Investigation concerning the death of Inmate Vincent Gaines) and a copy of the Investigative Assist report, case no. 15-28020, by **January 11, 2017.**

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of December, 2016.

                      UNITED STATES DISTRICT JUDGE

sa 12/21
c:
Lewis Smith
Inspector General, FDOC