## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LEWIS SMITH,
    Plaintiff

v.                            Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et. al.,
    Defendants

_____/

### FLORIDA DEPARTMENT OF CORRECTIONS, OFFICE OF INSPECTOR GENERAL'S RESPONSE TO THE COURT'S ORDER DATED DECEMBER 22, 2016

COMES NOW, the Florida Department of Corrections ("Department") Office of Inspector General, by and through the undersigned counsel and responds to the Court's Order dated December 22, 2016, ordering the Department's Inspector General to provide copies of all reports for the Inmate Gaines Death Investigation FDLE case no. JA-37-0110 (including a copy of the Florida Department of Law Enforcement's Report of Investigation concerning the death of Inmate Vincent Gaines) and a copy of the Investigative Assist report, case no. 15-28020.  The Office of Inspector General states as follows:

1. This matter came before the court on Plaintiff's Emergency Motion for a Preliminary Injunction filed on December 16, 2015.  The motion was denied the same day and judgment was entered dismissing the case without prejudice.

2. The court's December 16th order denying the motion included instructions for the Department's Inspector General to inform the court as to the extent of any investigation into the death of inmate Gaines.  The Department's Inspector General filed his response to these instructions on February 1, 2016.

3. On February 2, 2016, with no case or controversy pending before the court, the court issued a second order directing the Inspector General to provide the court with the results of the Florida Department of Law Enforcement's Investigation and the related Investigative Assist case investigation regarding the death of Inmate Gaines. A subsequent order was issued on December 2, 2016, directing the Inspector General to file a status report with the court. The Office of Inspector General filed its response to these orders on December 19, 2016.

4. On December 22, 2016, with the case having been dismissed over one year, the court issued the current order seeking specified records.

5. The Department hereby submits the records as referenced in the court order. Exhibit A. The Department by providing such records does not waive any objection regarding lack of jurisdiction over this matter with regard to this or any future order issued in this closed case, neither is the Department waiving service on any named defendant in this matter.

WHEREFORE, the Florida Department of Corrections, Office of Inspector General, hereby complies with the court's order.


Respectfully submitted,

s/Alexandria E. Williams
Florida Bar No.: 0110590
Assistant General Counsel
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, FL 32399-2500
Phone: 850-717-3605
Fax: 850-922-4355
Email: Alexandria.Williams@fdc.myflorida.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on January 11, 2017, by U.S. mail to Lewis Smith, DC#B07953, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.

s/Alexandria E. Williams
Assistant General Counsel

Redactions Applicable to the Attached Records:

Medical, psychological, and dental records, without a properly executed DC4-711B Consent for Release form. § 945.10(1)(a), 456.057(7)(a), F.S., 45 C.F.R., § 164.502.

Information relating to cause of death in all death records, including the medical certification of the cause of death in a death certificate. §§ 382.008(6), 945.10(1)(a), F.S., 45 C.F.R., § 164.502.

The home addresses, telephone numbers, including cellular and personal pager numbers, social security numbers, dates of birth, and photographs of active or former department employees and/or their spouses and children; places of employment; daycare facilities, and/or schools of active or former department employees' spouses and children (sections 119.071 (4)(d), F.S. and 945.10(1)(e), F.S.

Records, information, photographs, audio and visual presentations, schematic diagrams, surveys, recommendations, or consultations or portions thereof relating directly to the physical security of an institution or revealing security systems of an institution.  §§ 119.071(3) and 281.301, F.S.

Building plans, blueprints, schematic drawings, and diagrams which depict the internal layout and structural elements of an institution or other structure operated by the department. § 119.071(3)(b), F.S.

Information revealing surveillance techniques, procedures or personnel § 119.071(2)(d), F.S.

Data processing software obtained by an agency under a licensing agreement that prohibits its disclosure and which software is a trade secret, as defined in s. 812.081, and agency-produced data processing software that is sensitive are exempt from s. 119.07(1) and s. 24(a), Art. I of the State Constitution.



EXHIBIT
A

## FLORIDA DEPARTMENT OF CORRECTIONS

### Case Master Report  15-28020

#### Date Initiated  12/07/2015

| Warning |
|---|
| Contains entities exempt from disclosure |

| Primary Information | |
|---|---|
| OFFICE: | OFFICE OF THE INSPECTOR GENERAL |
| BUREAU: | INVESTIGATIONS |
| DIVISION: | NORTH |
| DISTRICT: | DISTRICT 05 |
| FIELD OFFICE: | FIELD OFFICE 05 |
| Lead LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Type Of Case: | DEATH INVESTIGATION |
| Case Sub Type: | 15D - NATURAL – ASSIST |
| Case Description: | DEATH INVESTIGATION / MINS 664399 / 213 UNION CI / 15D - DEATH - ASSIST |
| Case Priority: | CRIMINAL - 120 DAYS |

| Related Cases | | |
|---|---|---|
| Case Number | Status | Date Initiated |
| 15-28166 | CLOSED | 12/08/2015 |
| 16-15877 | --- | --- |

| Authorized Operators |
|---|
| Name |
| SUMMERS, MARGARET A (12999 / INTAKE / OFFICE OF THE INSPECTOR GENERAL - DC) |

| Case Status | |
|---|---|
| Case Status: | CLOSED |
| Case Status Date: | 08/23/2016 |
| Disposition Code: | C-EXCEPTIONALLY CLEARED |
| Disposition Date: | 08/23/2016 |
| Dissemination: | SYSTEM WIDE |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

# FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE ASSIST SUMMARY  15-28020
### Report Date:  12/07/2015

## Primary Information

| | |
|---|---|
| Description: | INVESTIGATIVE ASSIST SUMMARY / PHI |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/23/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

## Agency Reference Numbers

| Agency | Case/File Number |
|---|---|
| FLORIDA DEPARTMENT OF LAW ENFORCEMENT | JA-37-0110 |

## Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

### Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

## Subject #1 - DECEASED #1 - GAINES, VINCENT C

### Primary Information

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ███/1963 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

### Relationship Information

| | |
|---|---|
| Related Offense: | DECEASED of |

### Personal Information

| | |
|---|---|
| Height: | 509 |
| Weight: | 190 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

### Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

## Record Status Information

| | |
|---|---|
| Record Origination Operator: | HAYES, ILSA A. (9165 / INTAKE / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Record Origination Date: | 12/07/2015 09:05 |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE ASSIST SUMMARY  15-28020

### Report Date:  12/07/2015

| Record Status Information - Continued | |
|---|---|
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 08/23/2016 09:28 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

# Florida Department of Corrections



# Office of the Inspector General

## CRIMINAL INVESTIGATION
## INVESTIGATIVE ASSIST
### CASE # 15-28020



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ASSIST SUMMARY REPORT**



**Table of Contents**

| I. | AUTHORITY | 4 |
|----|-----------|---|
| II. | METHODOLOGY | 4 |
| III. | ANALYSIS | 4 |
| IV. | DEFINITIONS | 5 |
| V. | PREDICATE | 6 |
| VI. | SUMMARY OF INVESTIGATIVE FINDINGS | 6 |
| VII. | CHARGES | 9 |
| VIII. | CONCLUSION | 9 |




# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE ASSIST SUMMARY REPORT

**Case Number:** 15-28020

**OIG Inspector:** Inspector Randall Merritt

**Outside Agency:** Florida Department of Law Enforcement

**Outside Agency Investigator:** Special Agent Mark Pentolino

**Date Assigned or Initiated:** 12-03-2015

**Complaint Against:** N/A

**Location of Incident – Institution/Facility/Office:** 213 Union Correctional Institution

**Complainant:** N/A

**Outside Agency Case #:** JA-37-0110

**Use of Force Number:** N/A

**PREA Number:** N/A

**Classification of Incident:** 15D Natural Death

**Confidential Medical Information Included:** x   Yes      _____ No

**Whistle-Blower Investigation:** ___ Yes    x   No

**Chief Inspector General Case Number:** N/A



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE ASSIST SUMMARY REPORT



## I.    AUTHORITY

The Florida Department of Corrections, Office of the Inspector General, by designation of the Secretary and § 944.31, Florida Statutes, is authorized to conduct any criminal investigation that occurs on property owned or leased by the department or involves matters over which the department has jurisdiction.

The testimony references included in this report are summations of oral or written statements provided to inspectors. Statements contained herein do not necessarily represent complete or certified transcribed testimony, except as noted. Unless specifically indicated otherwise, all interviews with witnesses, complainants, and subjects were audio or video recorded.

## II.    METHODOLOGY

The investigation reviewed the derivations of the allegation advanced by the complainant. The scope of this investigation does not seek to specifically address tort(s), but violations of criminal statutes. The criterion used to evaluate each contention or allegation was limited to the following standard of analysis:

1. Did the subject's action or behavior violate Florida criminal statutes?

## III.    ANALYSIS

The standard and analysis in this investigation is predicated with the burden of proving any violation of law, established by probable cause. The evidence considered for analysis is confined to the facts and allegations stated or reasonably implied. The actions or behavior of the subject are presumed to be lawful and in compliance with the applicable Florida law, unless probable cause indicates the contrary.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE ASSIST SUMMARY REPORT



IV.          DEFINITIONS

**Unfounded:**
Refers to a disposition of a criminal case for which probable cause does not exist to suggest the suspect's behavior or action occurred nor is an arrest or formal charge being initiated.

**Closed by Arrest:**
Refers to a disposition of a criminal case for which probable cause exists that an identified subject committed the offense and one for which an arrest or formal prosecution has been initiated.

**Exceptionally Cleared:**
Refers to a disposition of a criminal case for which probable cause exists that an identified suspect committed the offense, but one for which an arrest or formal charge is not initiated, or in the case of a death investigation, one for which no evidence exists that the death was the result of a crime or neglect.

**Open-Inactive:**
Refers to a disposition of a criminal case for which a criminal investigation commenced, but where evidence is insufficient to close as unfounded, closed by arrest, or exceptionally cleared.

**Investigative Assist Closed**
Refers to a disposition of an investigative assist, where the conduct being investigated by the outside agency did not concern allegations against a Department employee, contractor, inmate, offender, or other person either employed or under the supervision of the Department.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ASSIST SUMMARY REPORT**



## V.        PREDICATE

On 12-03-2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was █████████
in cell U3101L at Union CI. Inmate Gaines ████████████████████████ Upon arrival
████████ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an
Incident Report and assigned MINS0000664399 on 12-03-2015. This case was assigned to Inspector
Randall Merritt as an Investigative Assist on 12-07-2015. Florida Department of Law Enforcement (FDLE)
Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.


## VI.       SUMMARY OF INVESTIGATIVE FINDINGS

Based on the exhibits, witnesses' testimony, subject officer's statements, and the record as a whole,
presented or available to the primary inspector, the following findings of facts were determined:

On 12-03-2015 at approximately 2:00pm, District 5 Inspector Randall Merritt was summoned to ███
███████████████████ at Union CI by Sgt. Bell. Upon arrival, Inspector Merritt observed ██████
███████ Inmate Vincent Gaines DC# 547656 ████████ Lt. Davis advised Inmate
Gaines was ████████████ in cell U3101L at approximately 1:20pm. At approximately 1:26pm,
Security staff breached U3101L to remove Inmate Gaines ██████████████████████ At
approximately 1:40pm, Inmate Gaines was █████████████. At approximately 1:50pm, Inmate Gaines
arrived ████████. Inmate Gaines was pronounced deceased at 2:48pm ████████████████.
Both scenes were secured and a log was initiated by security staff. The FDLE Watch Desk was notified
at approximately 3:20pm. At approximately 3:50pm Inspector Merritt contacted Florida Department of Law
Enforcement (FDLE) Special Agent Supervisor (SAS) Matt Walsh to relay the information on the incident.
SAS Walsh advised they would be responding to assume the lead role of the investigation. At
approximately 5:00pm, FDLE SAS Walsh and three Special Agents arrived on scene. FDLE conducted a
complete inspection of the body. Photographs were also taken. No evidence of foul play was observed. At
approximately 5:40pm, FDLE contacted the Medical Examiner's Office and released the body to staff for
transport by Archer Funeral. From approximately 5:45pm to 7:45pm, FDLE conducted witness interviews
of inmates, officers, ████████ During the same time inspectors assisted FDLE with the search
of cell U3101L. Other than the overall poor condition of the cell nothing else of significance was noted.
FDLE signed an Investigative Demand and was provided with supporting documents and video copies of
the incident from the handheld and fixed-wing cameras in U-dorm. FDLE departed Union CI at
approximately 8:00pm.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ASSIST SUMMARY REPORT**



On 12/03/15, an inmate identifying himself as Champ, Sean #Y29434 called the TIPS line twice from U Dorm at Union Correctional Institution.  In the first call, the inmate identified himself, asked to be interviewed regarding a "homicide," and then abruptly ended the message.  In the second call, the inmate continued the message stating, "I'd like to report, today, December the 3rd, 2015, at Union Correctional Institution, in U3101, an inmate died in his cell.  And I would like to report, that on December the 1st, during the feeding of the evening meal, he reported to Officer Anderson and the dorm sergeant, █████ ████████████████████████████████████████████ and they did not report this █████ and the inmate ████████ his cell for two days, and ████████ in U Dorm did not do anything, or even stop by his cell ████████ since December the 1st, and today, December the 3rd, he was dead inside his cell, due to Officer Anderson in U Dorm, and U Dorm sergeant on December the 1st at dinner time, ██████████████████████ and he died in his cell today.  This needs to be investigated.  Thank you.

Based on information gathered from departmental databases, it was determined the caller was referring to the death of Inmate Gaines, Vincent #547656.  The Dorm Supervisor, referred to by the caller, is believed to be Sergeant Donald Rosier.  These calls are related to a similar complaint assigned as Case #15-28166. These calls were reviewed on 12/09/15.

On January 27, 2016 the District 5 Office of Inspector General received an e-mail from Stephanie Jones, Executive Assistant to the Inspector General. It was in regards to an Emergency Court Order from US District Court Middle District of Florida. The order was originally dropped in the District 5 e-mail box on December 17, 2015. Inspector Merritt became aware of the order on January 28, 2015. A response was forwarded by Lead Inspector Kevin Lingis on January 28, 2015. The correspondence was an "Emergency Motion for a Preliminary Injunction" filed by Inmate Lewis Smith DC# B07953 in the United States District Court, Middle District of Florida, Jacksonville Division. The motion was denied by US District Judge Brian J. Davis. Judge Davis requested a response by the OIG regarding the status of the investigation into the death of Inmate Vincent Gaines DC# 547656.

On January 28, 2016, Inspector Randall Merritt received a CD-R from FDLE Special Agent Mark Pentolino. The CD contains photos of cell U3101L at UCI. The photos were taken by FDLE Special Agent Supervisor Matt Walsh on December 3, 2015. It was secured in the office safe of Lead Inspector Kevin Lingis. The file was too large to load into IGIIS. A copy will be forwarded with case closure. A DC1-801, Chain of Custody was completed.

On January 28, 2016, Inspector Randall Merritt completed the download of U-dorm / ███████ cameras █ ████████████ at Union CI. The files were saved to an external hard drive due to their size. With the assistance of the Project Systems Analyst Joe Davis, Inspector Merritt was able to capture approximately one week of coverage starting on November 26 and ending on the date of the incident, December 3, 2015. Note: The ████████████ is not designed to allow the download of more than 3-4 hours of continuous camera coverage at one time. Multiple attempts were made to recover up to 30 days of coverage but were all unsuccessful. The file was downloaded onto a Toshiba external hard drive with SN:



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
**INVESTIGATIVE ASSIST SUMMARY REPORT**



Y56DT2P2T198. It was secured in the office safe of Lead Inspector Kevin Lingis. Note: The video footage was offered to FDLE but was not utilized during their Criminal Investigation. The Chain of Custody was attached to this report. The file size exceeded the capacity of IGIIS. A copy will be forwarded with case closure package.

On February 4, 2016, the District 5 Office of Inspector General received a Federal Court Order from US District Judge Brian J. Davis of the Middle District of Florida, Jacksonville Division. The Order mandates a response in regards to the Death investigation of Inmate Vincent Gaines. The Florida Department of Law Enforcement is lead in the investigation. The Order is attached to this report.

On February 4, 2015, Inspector Randall Merritt requested a case status update from FDLE Special Agent Mark Pentolino on JA-37-0110. The request was in regards to a Federal Court Order mandating a response to provide the court with the status of the investigation. The email response from SA Pentolino is attached to this report.

On June 2, 2016, Inspector Merritt received the final Autopsy Findings and the Report of Investigation from the District 8 Medical Examiner's Office in Gainesville, Florida. The Autopsy Findings by Medical Examiner William F. Hamilton MD, listed the following:



The probable cause of death for Inmate Vincent Gaines was Undetermined. Due to this, no manner of death was noted. The Report of Investigation noted no foul play or suicide suspected in this case.

On August 15, 2016, Inspector Randall Merritt received all the reports for the Inmate Gaines Death Investigation, FDLE case JA-37-0110 from Special Agent Mark Pentolino. In said reports, SA Pentolino completed FDLE case # JA-37-0110, and he outlined the Medical Examiners Report that listed the probable cause of death for Inmate Gaines as "Undetermined." Based on this finding, no Manner of Death was listed. No other investigative issues were noted. In summary, SA Pentolino closed this case based on the lack of evidence to support criminal activity and the declination by the State Attorney's Office. On August 16, 2016, Inspector Merritt also received confirmation of case closure by email from SA Pentolino.

Note: In reference to the Tips Line calls by Inmate Sean Champ DC# Y29434 on December 3, 2015. In an interview conducted on December 3, 2015, by FDLE SA Yolanda Carbia, Inmate Champ provided no information or observations in regards to the incident with Inmate Gaines. This was documented in FDLE Investigative Report # 9 in JA-37-0110. The information of the TIPS line calls were provided to SA Pentolino upon its receipt. This matter will be addressed by the OIG in a follow up case.



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE ASSIST SUMMARY REPORT



Note: In reference to the Federal Court Order for response by District Judge Brian Davis. The motion was originally filed by Inmate Lewis Smith DC#B07953. It was in regards to the incident with Inmate Gaines. In an interview conducted on December 3, 2015, by FDLE SA Yolanda Carbia. Inmate Smith indicated that Inmate Gaines wasn't feeling well the week prior to this incident. This was documented in FDLE Investigative Report # 9 in JA-37-0110. The information on the Federal Court Order was provided to SA Pentolino upon its receipt. This matter will be addressed by the OIG in a follow up case. A response will be forwarded to Federal District Judge Davis upon closure of this case.

During this Investigative Assist, possible criminal violations were noted that were not addressed by FDLE during the Death Investigation. Upon closure of this Investigative Assist, a Criminal Investigation will be initiated to address procedural violations during this incident. It will be assigned to Senior Inspector Kevin Ortiz.

## VII.          CHARGES
**List alleged violations of Florida Law:**

N/A

## VIII.          CONCLUSION

Based on the Medical Examiner's Report, and the investigative findings, and the State Attorney's Office declination, Special Agent Mark Pentolino closed the Florida Department of Law Enforcement death case # JA-37-0110.

Based on the review of the Medical Examiner's findings and the closure of the FDLE investigation, Inspector Randall Merritt recommends this Investigative Assist be closed as:

"Exceptionally Cleared" in regards to criminal / suicidal activity which contributed to the death of Inmate Gaines. Additionally, in regards to the "Undetermined" cause of death by the Medical Examiner's Office.

## *FLORIDA DEPARTMENT OF CORRECTIONS*

## INVESTIGATIVE REPORT  15-28020/1

### Report Date:  12/08/2015

---

**Primary Information**

| | |
|---|---|
| Description: | INFO BRIEF, IR AND MINS |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 12/28/2015 |
| Approved By: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

---

**Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST**

Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

---

**Subject #1 - DECEASED #1 - GAINES, VINCENT C**

Primary Information

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ████/1963 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | DECEASED of |

Personal Information

| | |
|---|---|
| Height: | 509 |
| Weight: | 190 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 12/08/2015 17:30 |
| Last Update Operator: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 04 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 12/28/2015 12:56 |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/1
Report Date:  12/08/2015

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

Narrative begins on the following page.

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIVE REPORT**

**PREDICATE:**

On 12-03-2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was ███
███ in cell U3101L at Union CI. Inmate Gaines ███
███ Upon arrival ███
███ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on 12-03-2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on 12-07-2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On 12-03-2015 at approximately 2:00pm, District 5 Inspector Randall Merritt was summoned to ███ at Union CI by Sgt. Bell. Upon arrival, Inspector Merritt observed the ███ Inmate Vincent Gaines DC# 547656 ███. Lt. Davis advised Inmate Gaines was ███ in cell U3101L at approximately 1:20pm. At approximately 1:26pm, Security staff breached U3101L to remove Inmate Gaines ███ At approximately 1:40pm, Inmate Gaines was transported ███. At approximately 1:50pm, Inmate Gaines arrived ███ Inmate Gaines was pronounced deceased at 2:48pm ███. Both scenes were secured and a log was initiated by security staff. The FDLE Watch Desk was notified at approximately 3:20pm. At approximately 3:50pm Inspector Merritt contacted Florida Department of Law Enforcement (FDLE) Special Agent Supervisor (SAS) Matt Walsh to relay the information on the incident. SAS Walsh advised they would be responding to assume the lead role of the investigation. At approximately 5:00pm, FDLE SAS Walsh and three Special Agents arrived on scene. FDLE conducted a complete inspection of the body. Photographs were also taken. No evidence of foul play was observed. At approximately 5:40pm, FDLE contacted the Medical Examiner's Office and released the body to staff for transport by Archer Funeral. From approximately 5:45pm to 7:45pm, FDLE conducted witness interviews of inmates, officers, ███ During the same time inspectors assisted FDLE with the search of cell U3101L. Other than the overall poor condition of the cell nothing else of significance was noted. FDLE signed an Investigative Demand and was provided with supporting documents and video copies of the incident from the handheld and fixed-wing cameras in U-dorm. FDLE departed Union CI at approximately 8:00pm.

**CASE PLAN:**

Assist the Florida Department of Law Enforcement with any investigative request.

## FLORIDA DEPARTMENT OF CORRECTIONS

## TIPS CALL / FWA EMAIL REPORT  15-28020/2

### Report Date:  12/09/2015

| Warning |
|---|
| Contains entities exempt from disclosure |

| Primary Information | |
|---|---|
| Description: | INQUIRY / TIPS CALL / (213) UNION C.I. / ALLEGED IMPROPER CONDUCT RELATING TO INMATE DEATH |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/17/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

**Address #1 - CALLER LOCATION (TIPS CALLS ONLY) #1 - 7819 NW 228TH ST**

| Primary Information | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

**Address #2 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST**

| Primary Information | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

**Subject #1 - VICTIM #1 - GAINES, VINCENT C**

| Primary Information | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ▮▮/1963 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

| Relationship Information | |
|---|---|
| Related Offense: | VICTIM of |

| Personal Information | |
|---|---|
| Height: | 509 |
| Weight: | 190 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

### TIPS CALL / FWA EMAIL REPORT  15-28020/2

Report Date:  12/09/2015

---

**Subject #1 - VICTIM #1 - GAINES, VINCENT C - Continued**

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

**Subject #2 - SUBJECT #1 - ANDERSON, RUSTY JAMES**

Primary Information

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ANDERSON, RUSTY JAMES |
| Record Type: | DC SWORN |
| Bio: | 42 yr. old, WHITE, MALE |
| Birth Date: | ▮1973 |
| Rank/Position: | CORRECTIONAL OFFICER |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

**Subject #3 - SUBJECT #2 - ROSIER, DONALD CHRISTOPHER RAY**

Primary Information

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ROSIER, DONALD CHRISTOPHER RAY |
| Record Type: | DC SWORN |
| Bio: | 26 yr. old, WHITE, MALE |
| Birth Date: | ▮1989 |
| Rank/Position: | CORRECTIONAL OFFICER |
| Juvenile: | NO |

Relationship Information

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

**Subject #4 - CALLER #1 - CHAMP, SEAN P**

Primary Information

| | |
|---|---|
| Subject Name: | CHAMP, SEAN P |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 34 yr. old, WHITE, MALE |
| Birth Date: | ▮/1981 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## TIPS CALL / FWA EMAIL REPORT  15-28020/2

Report Date:  12/09/2015

| Subject #4 - CALLER #1 - CHAMP, SEAN P - Continued |
|---|

**Relationship Information**

Related Offense:    CALLER of

**Personal Information**

| | |
|---|---|
| Height: | 508 |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BROWN |
| Complexion: | LIGHT/FAIR |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| CHAMP,CLOWN W/ GUN | TATTOO | ARM | LEFT | — |
| SPIDER | TATTOO | HAND | LEFT | — |

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | SUMMERS, MARGARET A (12999 / INTAKE / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Record Origination Date: | 12/09/2015 09:10 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 08/17/2016 20:34 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**TIPS CALL / FWA EMAIL REPORT**

**SUMMARY OF TIPS CALL**

On 12/03/15, an inmate identifying himself as Champ, Sean #Y29434 called the TIPS line twice from U Dorm at Union Correctional Institution. In the first call, the inmate identified himself, asked to be interviewed regarding a "homicide," and then abruptly ended the message. In the second call, the inmate continued the message stating, "I'd like to report, today, December the 3rd, 2015, at Union Correctional Institution, in U3101, an inmate died in his cell. And I would like to report, that on December the 1st, during the feeding of the evening meal, he reported to Officer Anderson and the dorm sergeant, ███ and they did not report this ████████, and the inmate ████████ did not do anything, or even stop by his cell ████████ since December the 1st, and today, December the 3rd, he was dead inside his cell, due to Officer Anderson in U Dorm, and U Dorm sergeant on December the 1st at dinner time, ████████████████ and he died in his cell today. This needs to be investigated. Thank you.

Based on information gathered from departmental databases, it was determined the caller was referring to the death of Inmate Gaines, Vincent #547656. The Dorm Supervisor, referred to by the caller, is believed to be Sergeant Donald Rosier. These calls are related to a similar complaint assigned as Case #15-28166.

These calls were reviewed on 12/09/15. The TIPS call recordings were uploaded in IGIIS as an attachment to this report.

**OIG INTAKE UNIT ACTION TAKEN (X):**

_____ TIPS Closed; Referred to Institutional Management via email with notification of the above information to administrators with instructions to report the matter in MINS, referencing this TIPS Inquiry #, and to include action taken to address this matter in the body of the MINS.

_____ TIPS Closed; Referred to ----List specific bureau or office------ via email with notification of the above information with instructions to report the matter in MINS, referencing this TIPS Inquiry #, and to include the management action taken to address this matter in the body of the MINS.

XX Referred to OIG District Field Office for handing as an inquiry or investigation.

INQUIRY # 15-28020/2

# FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/3
### Report Date:  01/28/2016

| Warning |
|---|
| Contains entities exempt from disclosure |

## Primary Information

| | |
|---|---|
| Description: | US COURT ORDER |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 02/01/2016 |
| Approved By: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

## Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

### Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

## Subject #1 - VICTIM #1 - GAINES, VINCENT C

### Primary Information

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ▇/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

### Relationship Information
| | |
|---|---|
| Related Offense: | VICTIM of |

### Personal Information
| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

### Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/3

### Report Date:  01/28/2016

---

### Subject #2 - WITNESS #1 - SMITH, LEWIS L

**Primary Information**

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 25 yr. old, BLACK, MALE |
| Birth Date: | ███ 990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | WITNESS of |

**Personal Information**

| | |
|---|---|
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKEISHA, SCAR | TATTOO | ARM | LEFT | — |

---

### Subject #3 - SUBJECT #1 - ANDERSON, RUSTY JAMES

**Primary Information**

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ANDERSON, RUSTY JAMES |
| Record Type: | DC SWORN |
| Bio: | 42 yr. old, WHITE, MALE |
| Birth Date: | ███1973 |
| Rank/Position: | CORRECTIONAL OFFICER |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/3

### Report Date:  01/28/2016

---

**Subject #4 - SUBJECT #2 - ROSIER, DONALD CHRISTOPHER RAY**

**Primary Information**

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ROSIER, DONALD CHRISTOPHER RAY |
| Record Type: | DC SWORN |
| Bio: | 26 yr. old, WHITE, MALE |
| Birth Date: | ████ 1989 |
| Rank/Position: | CORRECTIONAL OFFICER |
| Juvenile: | NO |

**Relationship Information**

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

**Subject #5 - DECEASED #1 - GAINES, VINCENT C**

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ████/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | DECEASED of |

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 01/28/2016 15:15 |
| Last Update Operator: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 04 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 02/01/2016 13:11 |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/3
### Report Date:  01/28/2016

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

Narrative begins on the following page.

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE REPORT

**PREDICATE:**



On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was ███████████████ in cell U3101L at Union CI. Inmate Gaines ████████ Upon arrival ████████████ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On January 27, 2016 the District 5 Office of Inspector General received an e-mail from Stephanie Jones, Executive Assistant to the Inspector General. It was in regards to an Emergency Court Order from US District Court Middle District of Florida. The order was originally dropped in the District 5 e-mail box on December 17, 2015. Inspector Merritt became aware of the order on January 28, 2015. A response was forwarded by Lead Inspector Kevin Lingis on January 28, 2015.

The correspondence was an "Emergency Motion for a Preliminary Injunction" filed by Inmate Lewis Smith DC# B07953 in the United States District Court, Middle District of Florida, Jacksonville Division. The motion was denied by US District Judge Brian J. Davis. Judge Davis requested a response by the OIG regarding the status of the investigation into the death of Inmate Vincent Gaines DC# 547656. The Motion, Order, and e-mail correspondence were electronically attached to this report.

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/4

### Report Date:  02/01/2016

| Primary Information | |
|---|---|
| Description: | U3101L PHOTOS FROM FDLE |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/23/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

| Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST | |
|---|---|
| Primary Information | |
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Subject #1 - DECEASED #1 - GAINES, VINCENT C

| Primary Information | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ███/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

| Relationship Information | |
|---|---|
| Related Offense: | DECEASED of |

| Personal Information | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

| Record Status Information | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 02/01/2016 15:33 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/4
### Report Date:  02/01/2016

| Record Status Information – Continued | |
|---|---|
| Last Update Date: | 08/23/2016 09:30 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIVE REPORT

**PREDICATE:**

On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was  in cell U3101L at Union CI. Inmate Gaines pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On January 28, 2016, Inspector Randall Merritt received a CD-R from FDLE Special Agent Mark Pentolino. The CD contains photos of cell U3101L at UCI. The photos were taken by FDLE Special Agent Supervisor Matt Walsh on December 3, 2015. It was secured in the office safe of Lead Inspector Kevin Lingis. The file was too large to load into IGIIS. A copy will be forwarded with case closure. A DC1-801, Chain of Custody was completed and attached to this report.

# FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/5

### Report Date:  02/01/2016

| Warning |
|---|
| Contains entities exempt from disclosure |

| Primary Information | |
|---|---|
| Description: | DOWNLOAD OF FIXED WING CAMERAS |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/15/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

### Address #1 - CALLER LOCATION (TIPS CALLS ONLY) #1 - 7819 NW 228TH ST

| Primary Information | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Address #2 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

| Primary Information | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Subject #1 - VICTIM #1 - GAINES, VINCENT C

| Primary Information | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ███/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

| Relationship Information | |
|---|---|
| Related Offense: | VICTIM of |

| Personal Information | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### INVESTIGATIVE REPORT  15-28020/5
Report Date:  02/01/2016

---

**Subject #1 - VICTIM #1 - GAINES, VINCENT C - Continued**

Personal Information - Continued

Date Deceased:     12/04/2015 00:00

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

**Subject #2 - WITNESS #1 - SMITH, LEWIS L**

Primary Information

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 25 yr. old, BLACK, MALE |
| Birth Date: | ███/1990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

Relationship Information

Related Offense:     WITNESS of

Personal Information

| | |
|---|---|
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | — |

---

**Subject #3 - SUBJECT #1 - ANDERSON, RUSTY JAMES**

Primary Information

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ANDERSON, RUSTY JAMES |
| Record Type: | DC SWORN |
| Bio: | 42 yr. old, WHITE, MALE |
| Birth Date: | ███1973 |
| Rank/Position: | CORRECTIONAL OFFICER |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/5

### Report Date:  02/01/2016

---

**Subject #3 - SUBJECT #1 - ANDERSON, RUSTY JAMES - Continued**

Primary Information - Continued

| | |
|---|---|
| Juvenile: | NO |
| Residence Status: | ACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

**Subject #4 - SUBJECT #2 - ROSIER, DONALD CHRISTOPHER RAY**

Primary Information

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | ROSIER, DONALD CHRISTOPHER RAY |
| Record Type: | DC SWORN |
| Bio: | 26 yr. old, WHITE, MALE |
| Birth Date: | ███1989 |
| Rank/Position: | CORRECTIONAL OFFICER |
| Juvenile: | NO |

Relationship Information

| | |
|---|---|
| Related Offense: | SUBJECT of |

---

**Subject #5 - CALLER #1 - CHAMP, SEAN P**

Primary Information

| | |
|---|---|
| Subject Name: | CHAMP, SEAN P |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 34 yr. old, WHITE, MALE |
| Birth Date: | ███ 981 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | CALLER of |

Personal Information

| | |
|---|---|
| Height: | 508 |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BROWN |
| Complexion: | LIGHT/FAIR |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| CHAMP,CLOWN W/ GUN | TATTOO | ARM | LEFT | — |
| SPIDER | TATTOO | HAND | LEFT | — |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/5

### Report Date:  02/01/2016

| Subject #6 - DECEASED #1 - GAINES, VINCENT C | |
|---|---|
| **Primary Information** | |
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ████/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |
| **Relationship Information** | |
| Related Offense: | DECEASED of |
| **Personal Information** | |
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

| Record Status Information | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 02/01/2016 17:25 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 08/15/2016 20:47 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIVE REPORT**

**PREDICATE:**



On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was ███ ███████ in cell U3101L at Union CI. Inmate Gaines ███████ ████████ Upon arrival ███████ ███████ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On January 28, 2016, Inspector Randall Merritt completed the download of U-dorm / ███ cameras ████████ at Union CI. The files were saved to an external hard drive due to their size. With the assistance of the Project Systems Analyst Joe Davis, Inspector Merritt was able to capture approximately one week of coverage starting on November 26 and ending on the date of the incident, December 3, 2015. Note: The ████████ is not designed to allow the download of more than 3-4 hours of continuous camera coverage at one time. Multiple attempts were made to recover up to 30 days of coverage but were all unsuccessful. The file was downloaded onto a Toshiba external hard drive with SN: Y56DT2P2T198. It was secured in the office safe of Lead Inspector Kevin Lingis. Note: The video footage was offered to FDLE but was not utilized during their Criminal Investigation. The Chain of Custody was attached to this report. The file size exceeded the capacity of IGIIS.   A copy will be forwarded with case closure package.

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/6
### Report Date:  02/05/2016

### Primary Information

| | |
|---|---|
| Description: | FEDERAL COURT ORDER |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 02/11/2016 |
| Approved By: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

### Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

#### Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Subject #1 - COMPLAINANT #1 - SMITH, LEWIS L

#### Primary Information

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 25 yr. old, BLACK, MALE |
| Birth Date: | ▮▮▮ 990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

#### Relationship Information

| | |
|---|---|
| Related Offense: | COMPLAINANT of |

#### Personal Information

| | |
|---|---|
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

#### Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | — |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### INVESTIGATIVE REPORT  15-28020/6
Report Date:  02/05/2016

---

**Subject #2 - VICTIM #1 - GAINES, VINCENT C**

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ████  963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | VICTIM of |

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

**Subject #3 - DECEASED #1 - GAINES, VINCENT C**

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ████/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | DECEASED of |

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/6

### Report Date:  02/05/2016

| Subject #3 - DECEASED #1 - GAINES, VINCENT C - Continued |
|---|

**Personal Information - Continued**

Date Deceased:      12/04/2015 00:00

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

| Record Status Information | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 02/05/2016 16:49 |
| Last Update Operator: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 04 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 02/11/2016 12:36 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE REPORT

**PREDICATE:**

On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was  in cell U3101L at Union CI. Inmate Gaines ▮▮▮▮ Upon arrival ▮▮▮ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On February 4, 2016, the District 5 Office of Inspector General received a Federal Court Order from US District Judge Brian J. Davis of the Middle District of Florida, Jacksonville Division. The Order mandates a response in regards to the Death investigation of Inmate Vincent Gaines. The Florida Department of Law Enforcement is lead in the investigation. The Order is attached to this report.

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/7

### Report Date:  02/10/2016

---

### Primary Information

| | |
|---|---|
| Description: | FDLE CASE STATUS RESPONSE TO COURT ORDER |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 02/11/2016 |
| Approved By: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

---

### Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

**Primary Information**

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

---

### Subject #1 - COMPLAINANT #1 - SMITH, LEWIS L

**Primary Information**

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 25 yr. old, BLACK, MALE |
| Birth Date: | ██/1990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | COMPLAINANT of |

**Personal Information**

| | |
|---|---|
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | — |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

# FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/7
### Report Date:  02/10/2016

---

### Subject #2 - WITNESS #1 - SMITH, LEWIS L

**Primary Information**

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 25 yr. old, BLACK, MALE |
| Birth Date: | ▉/1990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | WITNESS of |

**Personal Information**

| | |
|---|---|
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | — |

---

### Subject #3 - DECEASED #1 - GAINES, VINCENT C

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ▉/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | DECEASED of |

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/7

### Report Date:  02/10/2016

| Subject #3 - DECEASED #1 - GAINES, VINCENT C - Continued | | | | |
|---|---|---|---|---|
| Personal Information - Continued | | | | |
| Complexion: | DARK/TAN | | | |
| Deceased: | YES | | | |
| Date Deceased: | 12/04/2015 00:00 | | | |
| Scars, Marks, and Tattoos | | | | |
| Description | Type | Body Part | Side | Location |
| HEART (FADED) | TATTOO | ARM | LEFT | — |

| Record Status Information | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 02/10/2016 19:16 |
| Last Update Operator: | ARETINO, JOSEPH M. (586 / FIELD OFFICE 04 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 02/11/2016 12:36 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | ARETINO, JOSEPH M. (586 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIVE REPORT**

**PREDICATE:**

On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was  in cell U3101L at Union CI. Inmate Gaines Upon arrival pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On February 4, 2015, Inspector Randall Merritt requested a case status update from FDLE Special Agent Mark Pentolino on JA-37-0110. The request was in regards to a Federal Court Order mandating a response to provide the court with the status of the investigation. The email response from SA Pentolino is attached to this report.

# FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/8
### Report Date:  03/09/2016

### Primary Information

| | |
|---|---|
| Description: | ME EMAIL REQUEST |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 03/15/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

### Address #1 - CALLER LOCATION (TIPS CALLS ONLY) #1 - 7819 NW 228TH ST

Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Address #2 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

Primary Information

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

### Subject #1 - VICTIM #1 - GAINES, VINCENT C

Primary Information

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ███ 963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | VICTIM of |

Personal Information

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/8

### Report Date:  03/09/2016

| Subject #1 - VICTIM #1 - GAINES, VINCENT C - Continued | | | | |
|---|---|---|---|---|
| Scars, Marks, and Tattoos - Continued | | | | |
| Description | Type | Body Part | Side | Location |
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

| Subject #2 - DECEASED #1 - GAINES, VINCENT C | | | | |
|---|---|---|---|---|
| **Primary Information** | | | | |
| Subject Name: | GAINES, VINCENT C | | | |
| Record Type: | INMATE/PROBATIONER | | | |
| Bio: | 52 yr. old, BLACK, MALE | | | |
| Birth Date: | ███/1963 | | | |
| Juvenile: | NO | | | |
| Residence Status: | INACTIVE | | | |
| **Relationship Information** | | | | |
| Related Offense: | DECEASED of | | | |
| **Personal Information** | | | | |
| Height: | 509 | | | |
| Weight: | 175 | | | |
| Eye Color: | BROWN | | | |
| Hair Color: | BLACK | | | |
| Complexion: | DARK/TAN | | | |
| Deceased: | YES | | | |
| Date Deceased: | 12/04/2015 00:00 | | | |
| **Scars, Marks, and Tattoos** | | | | |
| Description | Type | Body Part | Side | Location |
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

| Record Status Information | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 03/09/2016 14:19 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 03/15/2016 12:20 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIVE REPORT**

**PREDICATE:**



On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was ███████
███████████ in cell U3101L at Union CI. Inmate Gaines ████████
████████████ Upon arrival ████████████
████████████ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On March 4, 2016, Inspector Merritt received an email from the Medical Examiner's Office ████████████████████████████████████████ deceased Inmate Vincent Gaines. The request was forwarded to the █████████████ section at Union CI. The email is attached to this report.

Report # - 15-28020/8                                                    Page **1** of **1**

## FLORIDA DEPARTMENT OF CORRECTIONS

### INVESTIGATIVE REPORT  15-28020/9

#### Report Date:  08/15/2016

---

### Primary Information

| | |
|---|---|
| Description: | ME FINDINGS / PHI |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/16/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

---

### Address #1 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST

**Primary Information**

| | |
|---|---|
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

---

### Subject #1 - DECEASED #1 - GAINES, VINCENT C

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ▇▇/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

| | |
|---|---|
| Related Offense: | DECEASED of |

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | — |

---

### Record Status Information

| | |
|---|---|
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 08/15/2016 14:05 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
### INVESTIGATIVE REPORT  15-28020/9
Report Date:  08/15/2016

| Record Status Information - Continued | |
|---|---|
| Last Update Date: | 08/16/2016 10:40 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
|---|

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## INVESTIGATIVE REPORT

**PREDICATE:**

On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was  in cell U3101L at Union CI. Inmate Gaines Upon arrival pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On June 2, 2016, Inspector Merritt received the final Autopsy Findings and the Report of Investigation from the District 8 Medical Examiner's Office in Gainesville, Florida. The Autopsy Findings by Medical Examiner William F. Hamilton MD, listed the following:



The probable cause of death for Inmate Vincent Gaines was Undetermined. Due to this, no manner of death was noted. The Report of Investigation noted no foul play or suicide suspected in this case.

## FLORIDA DEPARTMENT OF CORRECTIONS
### INVESTIGATIVE REPORT  15-28020/10
### Report Date:  08/16/2016

| Warning |
|---|
| Contains entities exempt from disclosure |

| Primary Information | |
|---|---|
| Description: | FDLE REPORTS AND CASE CLOSED EMAIL |
| Reporting LEO: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Approval Status: | Approved |
| Approved Date: | 08/16/2016 |
| Approved By: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |

| Address #1 - CALLER LOCATION (TIPS CALLS ONLY) #1 - 7819 NW 228TH ST | |
|---|---|
| **Primary Information** | |
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

| Address #2 - LOCATION OF INCIDENT (INSTITUTION/OFFICE) #1 - 7819 NW 228TH ST | |
|---|---|
| **Primary Information** | |
| Address: | 7819 NW 228TH ST #213 UNION CI MAIN UNIT,  RAIFORD,  FLORIDA 32026-4000 , UNITED STATES |
| Description: | UNION CORRECTIONAL INSTITUTION |
| FACILITY: | DC FACILITY |

| Subject #1 - COMPLAINANT #1 - SMITH, LEWIS L | |
|---|---|
| **Primary Information** | |
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 26 yr. old, BLACK, MALE |
| Birth Date: | ▇▇/1990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |
| **Relationship Information** | |
| Related Offense: | COMPLAINANT of |
| **Personal Information** | |
| Height: | 601 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/10

### Report Date:  08/16/2016

---

### Subject #1 - COMPLAINANT #1 - SMITH, LEWIS L - Continued

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | --- |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | --- |
| ANITA | TATTOO | NECK | --- | --- |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | --- |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | --- |

---

### Subject #2 - VICTIM #1 - GAINES, VINCENT C

Primary Information

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ███/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

Relationship Information

| | |
|---|---|
| Related Offense: | VICTIM of |

Personal Information

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

---

### Subject #3 - WITNESS #1 - SMITH, LEWIS L

Primary Information

| | |
|---|---|
| Subject Name: | SMITH, LEWIS L |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 26 yr. old, BLACK, MALE |
| Birth Date: | ███/1990 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

---

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/10
### Report Date:  08/16/2016

### Subject #3 - WITNESS #1 - SMITH, LEWIS L - Continued

**Relationship Information**
Related Offense:     WITNESS of

**Personal Information**
Height:        601
Weight:        175
Eye Color:     BROWN
Hair Color:    BLACK
Complexion:    DARK/TAN

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| GOON | TATTOO | ARM | LEFT | — |
| 90 S W/FIRES | TATTOO | ARM | RIGHT | — |
| ANITA | TATTOO | NECK | — | — |
| CROSS W/CLOUD IN MEMORY OF LEOLA | TATTOO | CHEST | LEFT | — |
| LAKESHIA, SCAR | TATTOO | ARM | LEFT | — |

### Subject #4 - SUBJECT #1 - ANDERSON, RUSTY JAMES

**Primary Information**
Exempt From Disclosure:     YES
Subject Name:               ANDERSON, RUSTY JAMES
Record Type:                DC SWORN
Bio:                        43 yr. old, WHITE, MALE
Birth Date:                 ███1973
Rank/Position:              CORRECTIONAL OFFICER
Juvenile:                   NO
Residence Status:           ACTIVE

**Relationship Information**
Related Offense:     SUBJECT of

### Subject #5 - SUBJECT #2 - ROSIER, DONALD CHRISTOPHER RAY

**Primary Information**
Exempt From Disclosure:     YES
Subject Name:               ROSIER, DONALD CHRISTOPHER RAY
Record Type:                DC SWORN
Bio:                        27 yr. old, WHITE, MALE
Birth Date:                 ███1989
Rank/Position:              CORRECTIONAL OFFICER
Juvenile:                   NO

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS
## INVESTIGATIVE REPORT  15-28020/10
### Report Date:  08/16/2016

| Subject #5 - SUBJECT #2 - ROSIER, DONALD CHRISTOPHER RAY - Continued |
|---|
| Relationship Information |
| Related Offense:     SUBJECT of |

| Subject #6 - CALLER #1 - CHAMP, SEAN P |
|---|

**Primary Information**

| | |
|---|---|
| Subject Name: | CHAMP, SEAN P |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 34 yr. old, WHITE, MALE |
| Birth Date: | ▮/1981 |
| Juvenile: | NO |
| Residence Status: | ACTIVE |

**Relationship Information**

Related Offense:     CALLER of

**Personal Information**

| | |
|---|---|
| Height: | 508 |
| Weight: | 150 |
| Eye Color: | BROWN |
| Hair Color: | BROWN |
| Complexion: | LIGHT/FAIR |

**Scars, Marks, and Tattoos**

| Description | Type | Body Part | Side | Location |
|---|---|---|---|---|
| CHAMP,CLOWN W/ GUN | TATTOO | ARM | LEFT | --- |
| SPIDER | TATTOO | HAND | LEFT | --- |

| Subject #7 - DECEASED #1 - GAINES, VINCENT C |
|---|

**Primary Information**

| | |
|---|---|
| Subject Name: | GAINES, VINCENT C |
| Record Type: | INMATE/PROBATIONER |
| Bio: | 52 yr. old, BLACK, MALE |
| Birth Date: | ▮/1963 |
| Juvenile: | NO |
| Residence Status: | INACTIVE |

**Relationship Information**

Related Offense:     DECEASED of

**Personal Information**

| | |
|---|---|
| Height: | 509 |
| Weight: | 175 |
| Eye Color: | BROWN |

*THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION*

## FLORIDA DEPARTMENT OF CORRECTIONS

## INVESTIGATIVE REPORT  15-28020/10

### Report Date:  08/16/2016

| Subject #7 - DECEASED #1 - GAINES, VINCENT C - Continued |
| --- |

| Personal Information - Continued | |
| --- | --- |
| Hair Color: | BLACK |
| Complexion: | DARK/TAN |
| Deceased: | YES |
| Date Deceased: | 12/04/2015 00:00 |

Scars, Marks, and Tattoos

| Description | Type | Body Part | Side | Location |
| --- | --- | --- | --- | --- |
| HEART (FADED) | TATTOO | ARM | LEFT | --- |

| Record Status Information | |
| --- | --- |
| Record Origination Operator: | MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) |
| Record Origination Date: | 08/16/2016 10:38 |
| Last Update Operator: | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) |
| Last Update Date: | 08/16/2016 14:47 |

| Reporting LEO | Date | Supervisor | Date |
| --- | --- | --- | --- |
| MERRITT, RANDALL (81987 / FIELD OFFICE 05 / FLORIDA DEPARTMENT OF CORRECTIONS) | 10/18/2016 | LINGIS, KEVIN N (12570 / FIELD OFFICE 05 / OFFICE OF THE INSPECTOR GENERAL - DC) | 10/18/2016 |
| | | | |

| Narrative begins on the following page. |
| --- |

THIS REPORT MAY CONTAIN PHI AND OR LAW ENFORCEMENT PROTECTED INFORMATION

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIVE REPORT**

**PREDICATE:**



On December 3, 2015, at approximately 1:20pm, Inmate Vincent Gaines DC# 547656 was ████ ████████ in cell U3101L at Union CI. Inmate Gaines ██████ ████████████████ Upon arrival ████████ pronounced Inmate Gaines deceased at 2:48pm. This incident was reported by Officer White in an Incident Report and assigned MINS0000664399 on December 3, 2015. This case was assigned to Inspector Randall Merritt as an Investigative Assist on December 7, 2015. Florida Department of Law Enforcement (FDLE) Special Agent Mark Pentolino is the case agent on FDLE Case: JA-37-0110.

**NARRATIVE:**

On August 15, 2016, Inspector Randall Merritt received all the reports for the Inmate Gaines death investigation, FDLE case JA-37-0110 from Special Agent Mark Pentolino.  In said reports, SA Pentolino completed FDLE case # JA-37-0110, and he outlined the Medical Examiner's Report that listed the probable cause of death for Inmate Gaines as ████████████  Based on this finding, no Manner of Death was listed.  No other investigative issues were noted. In summary, SA Pentolino closed this case based on the lack of evidence to support criminal activity and the declination by the State Attorney's Office. On August 16, 2016, Inspector Merritt also received confirmation of case closure by email from SA Pentolino. The reports and email were attached to this report

```
12/04/2015                 FLORIDA DEPARTMENT OF CORRECTIONS                    PAGE:
   ▮▮▮▮                        MINS INCIDENT REPORT                          TIME 10:0
```

```
PREPARED BY: WEBB, GENEVA M.              INCIDENT NUMBER: 0000664399
INCIDENT TYPE: 15D NATURAL               STATUS OF INCIDENT: ENTERED
REPORT DATE:  12/03/2015                 REPORT TIME:   17:03
INCIDENT DATE: 12/03/2015                INCIDENT TIME: 13:06       Death
REPORT LOCATION: 213 UNION C.I.          REPORT REGION: 2           assist
DATE REPORTED TO MANAGEMENT: 12/03/2015  W-B REVIEW BY:
IG NUMBER: 15.28020                      UOF NUMBER:
INCIDENT LOCATION: ▮▮▮▮▮▮▮▮▮▮▮▮▮         DAY CODE: 4      SHIFT CODE: 5
INJURIES: N      STG/STI INVOLVEMENT: N  PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N  WEAPONS USED: N         INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N        CHEMICAL AGENTS USED: N
```

```
             NAME              TITLE          BIRTHDATE  R S    ID NUMBER
     --------------------  -------------------- ---------- - - -----------------
REPORTING EMPLOYEE (S)
   WHITE, FRANKLIN H.   CORRECTIONAL OFFICER   ▮▮/1974 1 1 ▮▮▮▮5685
SUBJECT (S)
   GAINES, VINCENT C.   ACTIVE INMATE          ▮▮/1963 2 1 547656
```

```
CONTRABAND RECOVERED           TYPE     POSSESS    QUANTITY      UNIT MSR
------------------------      ------    -------    ----------    --------
```

```
DESCRIPTION OF INCIDENT:
     ON THE ABOVE MENTIONED DATE AND TIME, U-DORM HOUSING
     OFFICER, FRANKLIN WHITE WAS ▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮ WHEN
     HE APPROACHED CELL U3-101L, WHICH HOUSES INMATE GAINES AND
     OBSERVED THAT HE LYING ON THE CELL AND APPEARED TO BE HAVING
     DIFFICULTY  GETTING UP FROM THE CELL FLOOR. WITH ADEQUATE
     STAFF PRESENT THE CELL DOOR WAS BREACHED AND RESTRAINTS WERE
     APPLIED ON INMATE GAINES WITH NO FORCE USED. INMATE GAINES
     WAS ESCORTED ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮
     INMATE GAINES WAS THEN ESCORTED ▮▮▮▮▮▮▮▮ ▮▮▮▮
     ▮▮▮▮ ▮ ▮▮▮▮▮ WHILE INMATE GAINES WAS PRESENT ▮▮▮▮ ▮▮
     ▮▮▮▮▮▮▮▮▮▮ DETERMINED THAT INMATE GAINES
     WOULD NEED TO BE ▮▮▮▮ ▮▮▮▮▮ ▮ ▮▮▮▮ ONCE THE
     ▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮ ▮▮▮▮▮ INMATE GAINES,
     TO NO AVAIL. AT APPROXIMATELY 1448 HOURS, ▮▮▮▮▮▮▮
     PRONOUNCED INMATE GAINES DECEASED. THE PRELIMINARY CAUSE OF
     DEATH WAS UNDETERMINED AT THIS TIME. ALL NOTIFIED.
```



**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**

*Governor*
RICK SCOTT

*Secretary*
JULIE JONES

*Inspector General*
JEFFERY T. BEASLEY

*An Equal Opportunity Employer*

*501 S. Calhoun Street, Tallahassee, FL 32399-2500*    http://www.dc.state.fl.us

| | |
|---|---|
| TO: | DOUGLAS WIENER, CHIEF OF INVESTIGATIONS |
| FROM: | Inspector Randall Merritt |
| DATE: | December 3, 2015 |
| SUBJECT: | UNATTENDED DEATH – UNION CI – INMATE VINCENT GAINES DC# 547656 |

**Case Introduction:**

- On December 3, 2015 at approximately 2:00pmm, District 5 Inspector Randall Merritt was summoned to ███████████████ at Union CI by Sgt. Bell. Upon arrival, Inspector Merritt ███████████ █ ███████ Inmate Vincent Gaines DC# 547656 ██████████████████. Lt. Davis advised Inmate Gaines was ███████████ in cell U3101L at ███████████████ ██████████████████████████ Inmate Gaines ████████████████████████. At approximately 1:40pm, Inmate Gaines was ██████████████████. At approximately 1:50pm, Inmate Gaines arrived ████████████████████████. Inmate Gaines was pronounced deceased at 2:48pm ██████. Both scenes were secured and a log was initiated by security staff. The FDLE Watch Desk was notified at approximately 3:20pm. At approximately 3:50pm Inspector Merritt contacted Florida Department of Law Enforcement (FDLE) Special Agent Supervisor (SAS) Matt Walsh to relay the information on the incident. SAS Walsh advised they would be responding to assume the lead role of the investigation. At approximately 5:00pm, FDLE SAS Walsh and three Special Agents arrived on scene. FDLE conducted a complete inspection of the body. Photographs were also taken. No evidence of foul play was observed. At approximately 5:40pm, FDLE contacted the Medical Examiner's Office and released the body to staff for transport by Archer Funeral. From approximately 5:45pm to 7:45pm, FDLE conducted witness interviews of inmates, officers, ████████████. During the same time inspectors assisted FDLE with the search of cell U3101L. The search was negative for evidentiary value. FDLE signed an Investigative Demand and was provided with supporting documents and video copies of the incident from the handheld and fixed-wing cameras in U-dorm. FDLE departed Union CI at approximately 8:00pm.

## Summarize Event Timeline:

At approximately 1:20pm, Inmate Gaines was  in cell U3101L.

- At approximately 1:26pm, Security staff breached U3101L to remove Inmate Gaines ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- At approximately 1:40pm, Inmate Gaines was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓

- At approximately 1:50pm, Inmate Gaines arrived ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓

- At approximately 2:00pm, Inspector Merritt responded ▓▓▓▓

- At approximately 2:48pm, Inmate Gaines was pronounced deceased ▓▓▓▓▓ ▓▓▓▓▓▓

- At approximately 3:20pm, FDLE Watch Desk was notified.

- At approximately 3:50m, FDLE advised they were responding to assume the lead role of the investigation.

- At approximately 5:00pm, FDLE arrived and conducted an inspection of the body which revealed no evidence of foul play. Photographs were taken.

- At approximately 5:40pm, FDLE released the body to security for transport by Archer Funeral Home.

- From approximately 5:45pm to 7:45pm, FDLE conducted witness interviews of inmates and staff. During the same time Inspectors assisted FDLE with a search of cell U3101L. The search was negative for evidentiary value.

- FDLE departed Union CI at approximately 8:00 PM.

**Allegations and Subjects:**

No allegations or subjects are applicable at this time.


**Staff Work Pending:**

This will be an Investigative Assist with FDLE assuming the lead role. The FDC/OIG will provide any/all assistance requested for FDLE Case JA-37-0110.


**Projected Conclusion:**

Case conclusion is pending the Medical Examiners final autopsy report and the conclusion of the FDLE investigation in Case JA-37-0110.

**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT** ⎯

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Union Correctional Institution | **Incident Report Number:** | 15 - 86668 |
| **Reporting Employee:** | Officer Franklin White | **PREA Number:** | |
| **Employee ID Number:** | #74995 | **Date of incident:** | December 03, 2015 |
| **Person(s) Involved:** | (U3-101L) | **Time of Incident:** | 1306 hours |
| | Inmate GAINES, Vincent DC# 547656 | **Witness (es):** | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☐ Yes ☒ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 1450 | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 1455 | Duty Officer Name: | Powell |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:** At approximately 1306 hours, on Thursday, December 03, 2015, while assigned as a U-Dorm Housing Officer, I was ▮▮▮▮▮▮▮▮▮▮▮ when I approached cell U3-101L, which houses Inmate GAINES, Vincent DC# 547656 and observed him lying on the cell and appeared to be having difficulty getting up. I notified the U-Dorm Housing Sergeant and V-Dorm Administrative Lieutenant, Joshua Davis of this matter. This incident was referred to the Shift OIC for further disposition.

| | | |
|---|---|---|
| Officer Franklin White | | 12/03/2015 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:** I responded cell front and determined that an emergency cell breach was necessary, for the purpose of Inmate GAINES ▮▮▮▮▮▮▮▮ I instructed Officer Wayne Wood to act as the camera operator. Officer Wood retrieved the U-Dorm handheld camera and began recording at approximately 1326 hours, at which time I conducted my lead-in statement. With adequate staff present and the security shield present for precautionary measures, the cell door was breached and restraints were applied on Inmate GAINES with no force used. Staff assisted Inmate GAINES ▮▮▮▮▮▮▮ and escorted him ▮▮▮▮▮▮ where he ▮▮▮▮▮▮▮ Inmate GAINES was referred to ▮

| | | |
|---|---|---|
| Lieutenant Joshua Davis | | 12/03/2015 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** FORWARD WARDEN Andrews for Review.

| | | |
|---|---|---|
| S. Peterson | | 12/4/15 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Outstanding Job by Lt. Davis and all other staff involved. Extremely well managed and all steps covered. Proper notification made.
                    w. Lt. Davis

| | | |
|---|---|---|
| D. Andrews | D. Andrews | 12/5/15 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont.):**

**SHIFT Supervisor/ Department Head COMMENT (cont.):**

█████ Inmate GAINES was escorted ███████████████████████████████████ While Inmate GAINES was present ████████████████████████ determined that Inmate GAINES would need to be ███████████████████ Officer S. Miller ████████████████ at approximately 1420 hours,

GAINES, to no avail. At approximately 1448 hours, █████ pronounced Inmate GAINES deceased, with the preliminary cause of death was undetermined at this time. Officer Samuel Osborn started an Office of the Inspector General Crime Scene Entry Control Room Log and remained cell front until cell U3-101L was cleared by FDLE. At approximately 1345 hours Inspector Randall Merritt was notified. Video was continuously and uninterrupted until approximately 1348 hours.  At approximately 1450 hours, Warden Diane Andrews was notified. At approximately 1455 hours, B-Shift OIC Captain Timmy Robinson notified Region II Director Eric Lane. At approximately 1504 hours Chaplain Campbell was notified. Emergency Action Center, Duty Officer Powell was notified at 1455 hours. At approximately 1720 hours FLDE Agents Mark Pentoliner, Matthew Walsh and George Dandebake Maurer entered the institution and conducted their investigation. At approximately 1730 hours, Bill Gortjathin from the 8th District Medical Examination's Office in Gainesville, Florida was notified and released Inmate GAINES' body to security staff. At approximately 1737 hours Archer Funeral Home was notified. FDLE released cell U3-101L back to normal operations at approximately 1756 hours. At approximately 1845 hours

**REVIEW (cont.):**

**REVIEW (cont.):**

**DETAILS OF INCIDENT (cont.):**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**SHIFT Supervisor/ Department Head**
**COMMENT (cont.):**

Archer Funeral Home Coroners H. Parish and R. Parrish entered the institution and exited the institution with the body of inmate GAINES' at approximately 1855 hours. Sergeant Robert Morton and Officer Jason Rentfrow inventoried inmate GAINES' property and completed a DC6-220, Inmate Impounded Personal Property List. The property was stored in the Main Unit property storage room. The following Inmates were interviewed by FDLE Agents: GREEN, Eric DC# 192172 –U3-102L, WILLIAMS, Mark DC# H05914 –U3-103L, GIVEN, Xavier DC# N19214 –U3-104L, WALKER, Willie DC# X57530 –U3-105L, EVERIDGE, Byron DC# Q13591 –U3-106L, ANDREWS, Jason DC# L63748 –U3-107L, LITTLES, David DC# G16175 –U3-108L, ST. CHARLES, Charlain DC# M10114 –U3-109L, WILDER, Antonious DC# 187653 –U3-110L, DAVIDSON, Hubert DC# 297945 –U3-111L, BOONE, Jason DC# 265820 –U3-112L, ROBINSON, Vincent DC# 507014 –U3-113L, THOMPSON, Eric DC# 516358 –U3-114L, PENNICK, Willie DC# N03979 –U3-115L, MITCHELL, Quentin DC# C03885 –U3-116L, NORTHRUP, David DC# V13733 –U3-201L, STICKLEY, Luke DC# B12163 –U3-202L, CROMARTIE, Xavier DC# L27141 –U3-203L, ROUNDTREE, Vandarius DC# X63740 –U3-204L, CHAMP, Sean DC# Y29434 –U3-205L, PRYOR, Ralph DC# 094167 –U3-206L, GONZALES, David DC# T22875 –U3-207L, WALKER, Ronald DC# 184436 –U3-184436, ZISHOLTZ, Michael DC# K84139 –U3-209L, CLARK, Jerod DC# L10656 –U3-210L, ALLEN, David DC# 114253 –U3-211L, RODRIGUES, Angel DC# E15524 –U3-212L, VELAZQUEZ, Freddy DC# 193038 –U3-213L, SMITH, Lewis DC# B07953 –U3-214L, MICKLE, Dan DC# 789761 –U3-215L, JACOBS, Jarvey DC# L26690 –U3-216L. It should be also noted that the following security ▮▮▮▮ staff were interviewed by FDLE Sergeant(s) Millard Bell, Derek Sullivan, Officer(s) Franklin White, Wayne Wood, Andrew Polk, Alec Finley, Samuel Osborn, Jeffery Fugate, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and to include myself. Warden Andrews was updated at 1800 hours. MINS # 664399 was completed and attached. Notification for Inmate Death's was completed and is attached. This incident was documented on Inmate GAINES' DC6-229 and a copy is attached. A copy of a DC6-209 Control Room Log completed and attached. EHSO Sergeant T. Diggs was notified. All appropriate ▮▮▮▮ documentation was completed and placed in inmate GAINES' file Forwarded to the Chief of Security, Colonel K. N. Box for further review. Filed for information and documentation purposes.

_____
_____
_____
_____
_____
_____

**REVIEW (cont.):**

_____
_____
_____

**REVIEW (cont.):**

_____
_____
_____

```
12/04/2015              FLORIDA DEPARTMENT OF CORRECTIONS            PAGE:
████████                   MINS INCIDENT REPORT                     TIME 10:0

PREPARED BY: WEBB, GENEVA M.            INCIDENT NUMBER: 0000664399
INCIDENT TYPE: 15D NATURAL             STATUS OF INCIDENT: ENTERED
REPORT DATE:   12/03/2015              REPORT TIME:   17:03
INCIDENT DATE: 12/03/2015              INCIDENT TIME: 13:06   Death
REPORT LOCATION: 213 UNION C.I.        REPORT REGION: 2       assist
DATE REPORTED TO MANAGEMENT: 12/03/2015  W-B REVIEW BY:
IG NUMBER:  15.28020                   UOF NUMBER:
INCIDENT LOCATION: ████████████        DAY CODE: 4      SHIFT CODE: 5
INJURIES: N      STG/STI INVOLVEMENT: N   PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N   WEAPONS USED: N       INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N      CHEMICAL AGENTS USED: N
```

```
           NAME              TITLE          BIRTHDATE  R S   ID NUMBER
-------------------  ------------------   ---------- - -  ----------------
REPORTING EMPLOYEE (S)
  WHITE, FRANKLIN H.  CORRECTIONAL OFFICER   ████ 1974 1 1 ████ 5685
SUBJECT (S)
  GAINES, VINCENT C.  ACTIVE INMATE          ████ 1963 2 1 547656
```

```
CONTRABAND RECOVERED        TYPE     POSSESS    QUANTITY      UNIT MSR
------------------------    ------   -------   -----------    --------
```

DESCRIPTION OF INCIDENT:
      ON THE ABOVE MENTIONED DATE AND TIME, U-DORM HOUSING
      OFFICER, FRANKLIN WHITE WAS ███████████████████ WHEN
      HE APPROACHED CELL U3-101L, WHICH HOUSES INMATE GAINES AND
      OBSERVED THAT HE LYING ON THE CELL AND APPEARED TO BE HAVING
      DIFFICULTY  GETTING UP FROM THE CELL FLOOR. WITH ADEQUATE
      STAFF PRESENT THE CELL DOOR WAS BREACHED AND RESTRAINTS WERE
      APPLIED ON INMATE GAINES WITH NO FORCE USED. INMATE GAINES
      WAS ESCORTED ████████████████████████████████████████████
      ████████████████████████████████████████████████
      INMATE GAINES WAS THEN ESCORTED ███████████████████████
      ████████████████ WHILE INMATE GAINES WAS ████████████████
      ██████████████ ███████████ DETERMINED THAT INMATE GAINES
      WOULD NEED TO BE ████████████ ██████████ ONCE THE
      ██████████████████████████████████████ INMATE GAINES,
      TO NO AVAIL. AT APPROXIMATELY 1448 HOURS, ██████████████
      PRONOUNCED INMATE GAINES DECEASED. THE PRELIMINARY CAUSE OF
      DEATH WAS UNDETERMINED AT THIS TIME. ALL NOTIFIED.

| | |
|---|---|
| **From:** | Lingis, Kevin |
| **To:** | Jones, Stephanie |
| **Cc:** | Aretino, Joe; Merritt, Randall; "markpentolino@fdle.state.fl.us" |
| **Subject:** | RE: Order signed by Judge Davis re: EMERGENCY MOTION for Preliminary Injunction |
| **Date:** | Thursday, January 28, 2016 11:04:45 AM |
| **Attachments:** | image002.jpg |
| | image003.png |
| **Importance:** | High |

Good morning Ms. Jones,

We have researched this issue and have determined this is being addressed and investigated by the
Florida Department of Law Enforcement under FDLE Case #JA-37-0110.  Special Agent Mark
Pentolino is the case agent.  This information was forwarded to him via e-mail.  Our IG Investigative
Assist Case # is 15-28020.  Inspector Randall Merritt is the lead inspector on this assist case.  Both
cases are currently active and open.  Inmate Lewis Smith DC #B07953 will be interviewed during the
investigative process.  This information as well as the related e-mail correspondence will be
attached to IGIIS Case #15-28020.  Please let me know if Judge Davis requires any further
information.  We apologize in advance for the delay.

Thank you,



Kevin Lingis |Lead Inspector |Distict 5 |Office of the Inspector General
Florida Department of Corrections
7819 NW 228th Street
Raiford, Florida 32026
Office: 386-431-4323 | Cell: (352) 316-8500
lingis.kevin@mail.dc.state.fl.us

***CONFIDENTIALITY NOTICE:*** *This electronic mail, including any attachments, is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you have received this electronic mail and are
not the intended recipient, please contact the sender by telephone or electronic mail and destroy all
copies of the original message.*

**From:** IGDistrict5FO
**Sent:** Thursday, January 28, 2016 9:49 AM
**To:** Lingis, Kevin
**Subject:** FW: Order signed by Judge Davis re: EMERGENCY MOTION for Preliminary Injunction

**From:** Jones, Stephanie
**Sent:** Thursday, December 17, 2015 8:35 AM
**To:** IGDistrict5FO
**Subject:** FW: Order signed by Judge Davis re: EMERGENCY MOTION for Preliminary Injunction

FYI and response as well.

*Stephanie D. Jones* | AA II

Office of Inspector General
501 S. Calhoun Street, Suite 135B
Tallahassee, FL 32399
**Off**ice (850) 717.3347  |  Fax (850) 414-0953
jones.stephanie@mail.dc.state.fl.us

FDC Seal_Digital (2)



---

**From:** Amy_Thomas@flmd.uscourts.gov [mailto:Amy_Thomas@flmd.uscourts.gov]
**Sent:** Wednesday, December 16, 2015 5:17 PM
**To:** Beasley, Jeff
**Subject:** Order signed by Judge Davis re: EMERGENCY MOTION for Preliminary Injunction

Good afternoon,

Please find attached an Order signed by Judge Davis re an Emergency motion for Preliminary Injunction
filed by inmate Lewis Smith. The Order directs a response from the Inspector General.

Please let me know when you receive this email.



**Thank you and have a great day!**

*Amy Thomas*
*USDC Middle District of Florida*
*Jacksonville Division*
*300 N. Hogan Street, Suite 9-150*
*Jacksonville, Florida 32202*
*904/549-1908*

In The United States District Court For
The Middle District of Florida Jacksonville Division.

```
RECEIVED
UNION CORRECTIONAL INSTITUTION
DEC 1 4 2015
BY _____ LW
FOR MAILING
```

Lewis Smith

Plaintiff.

V.

Case No: 3:15-CV-1484-J-39PDB

Diane Andrews - Warden;
Julie Jones - Secretary;
Corrections officer Anderson;
Sergeant Mousier.

```
2015 DEC 16 PM 1:40
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA
FILED
```

Plaintiff's Emergency Motion for A
Preliminary Injunction

Plaintiff Lewis L. Smith Doc# 809883 Is An Inmate Housed At Union
Correctional Institution ████████
Due to the Urgent Nature of this motion Plaintiff By Passed the
Proper Format And In forma Pauper Is paper filings.
Plaintiff Did file An Informal Grievance On Dec, 1st, 2015 To
Warden Andrews Asserting That He witnessed C.O. Anderson
And Sergeant Mousier Refused to feed Inmate Gaines who
Was Housed In U 3-101L. He Asserted That He Heard Gaines
Was ████████
C.O. Anderson And Sergeant Mousier Did Not ████████

Plaintiff Now Assert's That C.O. Anderson And Sergeant Rousier Routinely Starved Inmate Gaines By placing the Tray In the Tray flap Thats on the Door But was Not opening the flap So Gaines Could Recieve His food But making It Appear on Camera/Video That Gaines was Being fed. On Dec 3rd, 2015 Two Day's After Plaintiff filed The Attached Informal Grievance. (Exhibit A.)

Inmate Gaines Died of Starvation. On Dec 12th, 2015 C.O. Anderson And Sergeant Rousier At About 2:00p.m. Through 3:00p.m. Came to Plaintiff's Cell U-3214 Tearing up His legal Mail And Stated "If you Do Not Mind your Own Business, you'll Be the Next Nigger to Starve to Death". Threating to kill Plaintiff Stated He would file A Direct Grievance To The Warden Andrews But C.O. Anderson Stated "we have A New Grievance Person W. Willforth from Suwannee And your Grievance won't Go To far."

Plaintiff fears for His Life And Safty due to C.O. Anderson And Sergeant Rousier Murdering Inmate Gaines And Their Threats To Murder Him.

# Conclusion

Plaintiff Request for This Court to Order WARDEN Diane Andrews, Secretary Julie Jones And INSPECTOR Beasly to Investigate His Claim And protect his Life And well Being By Seperating Him From Co. ANDERSON And Sergeant Rousier

Signature _____

ADDRESS

Lewis Smith
Union C.I.
7819 N.W. 228th Street
Raiford Fla, 32026

## CERTIFICATE OF SERVICE

I __Lewis Smith__ HEREBY CERTIFY, under § 92.525, Fla. Stat. (20 15), and pursuant to the authority of Thompson v. State, 761 So.2d 324 (Fla. 2000) (prisoners' mailbox rules), that I have placed the below described document into the hands of Union Correctional Institution mailroom officials for mailing, and a true copy of the foregoing, __Motion for Injunction__ has been furnished on this __13__ day of __December__, 2015, via United States First-Class Mail, postage prepaid, to:

Clerk of court 300 N. Hogan St.
Jacksonville Fla 32202

Lewis Smith
DC# B07953 , Loc. U3-214
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026-

pro se

C-2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEWIS SMITH,

                   Plaintiff,

v.                              Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et al.,

                   Defendants.

---

### ORDER

This cause is before the Court under unusual circumstances. No complaint has been filed in this Court. Plaintiff, an inmate of the Florida penal system, filed a document entitled "Emergency Motion for a Preliminary Injunction" (Motion) (Doc. 1).

Plaintiff is currently confined at Union Correctional Institution (UCI). He states that he witnessed two correctional officers, C. O. Anderson and Sergeant Rousier, refusing to feed inmate Gaines, an inmate ███████████████████████████████ ██████████████████. Motion at 1. Plaintiff further contends that the officers failed to ████████████████████████████████ ██████████████ to help inmate Gaines. Id. at 1-2. Plaintiff alleges that the officers were starving inmate Gaines by pretending to feed him by placing food trays on the food flap but not opening the flap so that Gaines could receive the food. Id. at 2. On December 1, 2015, Plaintiff filed a grievance concerning his

observations.   Plaintiff's  Exhibit  A.   Security  received  the
grievance  on  December  3,  2015.   Id.   The  response,  dated  December
8,  2015,  noted  that  the  matter  had  been  referred  to  the  Inspector
General's  Office  for  review  and  disposition.   Id.   Plaintiff  states
that  inmate  Gaines  passed  away  from  starvation  on  December  3,  2015.
Motion  at  2.

Plaintiff  complains  that  on  December  12,  2015,  Anderson  and
Rousier  came  by  his  cell  and  tore  up  his  legal  mail.   Id.  at  2.
The  officers  threatened  to  starve  Plaintiff  to  death  if  he  did  not
mind  his  own  business.   Id.   Plaintiff  responded  that  he  would  file
a  direct  grievance  to  the  warden,  but  the  officers  told  Plaintiff
there  was  a  new  grievance  person  and  Plaintiff's  grievance  would
not  go  far.   Id.

Plaintiff  states  that  he  fears  for  his  life.   Id.   As  relief,
Plaintiff  seeks  an  injunction  requiring  Warden  Diane  Andrews,
Secretary  Julie  Jones,  and  Inspector  Beasly  to  investigate
Plaintiff's  allegations  and  to  protect  him  by  separating  him  from
Anderson  and  Rousier.   Id.  at  3.

Of  significance,  Plaintiff  failed  to  file  a  complaint.
Without  an  underlying  complaint  served  in  this  action,  this  Court
is  unable  to  entertain  a  preliminary  injunction  motion.   The  Court
notes  that  it  is  imperative  that  Plaintiff  file  a  complaint  and
then  serve  the  summons  and  complaint  upon  the  named  defendants.
See  Mark v. Shui-Kuen Joe,  No.  86-Civ-7494-CSH,  1986  WL  11567,  at

- 2 -

*1 (S.D.N.Y. Oct. 8, 1986) (Not Reported in F.Supp) (noting that the plaintiffs may move for a preliminary injunction after serving the summons and complaint upon the defendants); Burns v. First American Trustee Servicing, No. C 11-1123 CW, 2011 WL 175503, at *2 (N.D. Cal. Jan. 19, 2011) (Not Reported in F.Supp.2d) (advising that plaintiffs must serve the summons and complaint on any defendant against whom relief is sought, if plaintiffs seek a preliminary injunction); Lakner v. Balke, N. 08-CV-1791 W(CAB), 2008 WL 4473916, at *2 n.1 (S.D. Cal. Oct. 2, 2008) (Not Reported in F.Supp.2d) ("If Plaintiff wants to pursue a motion for a preliminary injunction, he must first serve Defendants with the summons, Complaint and preliminary injunction motion); The North Face Apparel Corp. v. T.C. Fashions, Inc., No. 05 Civ 9083(RMB), 2006 WL 838993, at *7 (S.D.N.Y. Mar. 30, 2006) (Not Reported in F.Supp.2d) (requiring service of process upon defendants with respect to a request for injunctive relief); Universal Licensing Corp. v. Paola Del Lungo S.P.A., 293 F.3d 579, 582 (2nd Cir. 2002) (recognizing the need for service of process of the duly filed complaint prior to the court entertaining a motion for preliminary injunction).

Upon consideration of the above, the Court is convinced that Plaintiff's current Motion for Preliminary Injunction is due to be denied and the case should be dismissed for lack of a complaint. The Court notes that the Clerk issued the Standing Order (Doc. 2)

- 3 -

notifying the appropriate officials that Plaintiff asserts that his life is in danger.

Plaintiff has not filed a complaint, nor has he paid the filing fee or submitted an affidavit of indigency. In light of the foregoing, the action will be dismissed without prejudice to Plaintiff's right to properly initiate a civil rights case and address any allegedly unconstitutional conditions of his confinement and seek monetary damages, if he elects to do so. The Clerk will be directed to send Plaintiff the proper forms for his use in initiating a civil rights case. The filing fee for a civil rights action is $400.00. He may file an affidavit of indigency if he does not have adequate funds to pay the full filing fee.

In an abundance of caution, the Court will require the Inspector General to provide information to the Court on an expedited basis due to the allegation in the Complaint that inmate Gaines died from starvation.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's "Emergency Motion for a Preliminary Injunction (Doc. 1) is **DENIED**.

2. The **Clerk** shall send a civil rights complaint form and an affidavit of indigency form to Plaintiff for his use in filing a civil rights action to address his claims, if he elects to do so. Plaintiff should not place this case number on the forms. The

- 4 -

Clerk will assign a new number to the case, if Plaintiff elects to file a civil rights complaint.

3.   This case is hereby **DISMISSED without prejudice,** and the Clerk shall enter judgment accordingly.

4.   The **Clerk** shall close this case.

5.   The **Clerk** shall send via electronic mail a copy of this Order and the Motion (Doc. 1) to the Inspector General.   The Inspector General, within **FOURTEEN (14) DAYS,** must inform the Court as to the extent of any investigation that has been undertaken and disposition that has been rendered in light of the alleged starvation death of inmate Gaines.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of December, 2015.


_____
BRIAN J. DAVIS
United States District Judge

sa 12/16
c:
Lewis Smith
Inspector General

- 5 -

APPENDIX - D
# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### CHAIN OF CUSTODY

Case: 15-28020                    Inspector: Randall Merritt

Offense: Death Investigation / Asslt    Subject: Unknown

Victim: Vincent Gaines DC# 540 656    Comments: _____

Evidence Description: CD-R   Photos

Location of Evidence Found: U-Dorm / cell U310/L / UCI

---

Recovered by: SAS Matt Walsh   Date: 12-03-15   Time: 5:50   a.m./p.m.

From: SA Mark Pertolino   Date: 01-28-16

To: Inspector Randall Merritt   Time: 4:00   a.m./p.m.

Method of Transfer: Hand delivered   Reason for Transfer: Evidence

---

From: Inspector Merritt   Date: 01-28-16

To: Inspector Lingo   Time: 4:30   a.m./p.m.

Method of Transfer: Hand delivered   Reason for Transfer: Storage

---

From: _____   Date: _____

To: _____   Time: _____ a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

---

From: _____   Date: _____

To: _____   Time: _____ a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

---

From: _____   Date: _____

To: _____   Time: _____ a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

DC1-801 (Effective 11/13)          Incorporated by Reference in Rule 33-602.203, F. A. C.

APPENDIX - D

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: _15-28020_                      Inspector: _Randall Merritt_

Offense: _Death Investigation_        Subject: _Unknown_

Victim: _Int. Vicent Gaines DC#549656_   Comments: _____

Evidence Description: _Toshiba external hard drive  SN: Y560T2P2T198_

Location of Evidence Found: _Downloaded from_ ███████████ _at UCI_

---

Recovered by: _Joe Davis_        Date: _01-28-16_   Time: _2:00_  a.m./**p.m.**

---

From: _Joe Davis_                Date: _01-28-16_

To: _Inspector Merritt_          Time: _2:00_              a.m./**p.m.**

Method of Transfer: _hand delivered_   Reason for Transfer: _Evidence_

---

From: _Inspector Merritt_        Date: _01-28-16_

To: _Inspector Lingis_           Time: _2:30_              a.m./**p.m.**

Method of Transfer: _hand delivered_   Reason for Transfer: _Storage_

---

From: _____             Date: _____

To: _____               Time: _____        a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

---

From: _____             Date: _____

To: _____               Time: _____        a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

---

From: _____             Date: _____

To: _____               Time: _____        a.m./p.m.

Method of Transfer: _____   Reason for Transfer: _____

DC1-801 (Effective 11/13)        Incorporated by Reference in Rule 33-602.203, F. A. C.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEWIS SMITH,

                Plaintiff,

v.                              Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et al.,

                Defendants.

---

### ORDER

The Inspector General must provide the Court with the results of the Florida Department of Law Enforcement investigation and the related "Investigative Assist" case investigation.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of February, 2016.

 

                                     **BRIAN J. DAVIS**
                         United States District Judge

sa 2/22
c:
Lewis Smith
Inspector General

## Merritt, Randall

| | |
|---|---|
| **From:** | Lingis, Kevin |
| **Sent:** | Friday, February 05, 2016 4:06 PM |
| **To:** | Merritt, Randall |
| **Cc:** | Aretino, Joe |
| **Subject:** | RE: Death Investigation on Inmate Vincent Gaines DC# 547656 / FDLE Case JA-37-0110 |

Document this response in IGIIS.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Merritt, Randall" <merritt.randall@mail.dc.state.fl.us>
Date: 02/05/2016 3:56 PM (GMT-05:00)
To: "Lingis, Kevin" <Lingis.Kevin@mail.dc.state.fl.us>
Subject: FW: Death Investigation on Inmate Vincent Gaines DC# 547656 / FDLE Case JA-37-0110

See Pentolino's response.

**From:** Pentolino, Mark D. [mailto:MarkPentolino@fdle.state.fl.us]
**Sent:** Friday, February 05, 2016 2:25 PM
**To:** Merritt, Randall
**Cc:** Walsh, Matt
**Subject:** RE: Death Investigation on Inmate Vincent Gaines DC# 547656 / FDLE Case JA-37-0110

Inspector Merritt,

The Vincent Gaines Death Investigation (JA-37-0110) is open and active pending the final autopsy report. Inmate Lewis gave a statement the night we responded to the death, which was not that same account that he claimed in the petition. If the IG's office would like to follow up with Inmate Lewis, that is fine. As far as moving Inmate Lewis, that is a determination that needs to be made by DOC or the IG's office. Thanks,

Special Agent Mark D. Pentolino

Florida Department of Law Enforcement

Jacksonville Regional Operations Center

1

921 N.Davis St. Bldg. E

Jacksonville, Florida 32209

Office (904) 360-7100 ext. 6677



**From:** Merritt, Randall [mailto:merritt.randall@mail.dc.state.fl.us]
**Sent:** Thursday, February 04, 2016 9:46 AM
**To:** Pentolino, Mark D.
**Subject:** Death Investigation on Inmate Vincent Gaines DC# 547656 / FDLE Case JA-37-0110

SA Pentolino,

The Court has issued another Order regarding this matter. The Order requires another response be submitted from the Inspector General. See attached Order.

Judge Davis and Mr. Beasley are requesting the status of the FDLE Investigation. I know it is still open but they want an update in writing. They also want to know if Inmate Lewis Smith DC #B07953 should be moved based on the information he provided to them. They want your input because it's your investigation and your PI unit conducted the interview of Inmate Lewis. Send me something I can provide to the Judge and Mr. Beasley.

Thanks!

Our Vision: "Inspiring success by transforming one life at a time."

## Merritt, Randall

**From:** Grotjahn,William Paul [bgrotjahn@pathology.ufl.edu]
**Sent:** Friday, March 04, 2016 3:47 PM
**To:** Merritt, Randall
**Subject:** Gaines, Vincent  DC # H547656

Good Afternoon,

I am the investigator on this case and I need ███████████
this inmate had. The doctor believes that his death could be directly related to ███████████ It is not uncommon for
███████████ so it is very important that we obtain the records. The decedent died at UCI on 12/3. He
was ███████████ in his cell (U-3101). Thanks for your help in this matter. Have a great weekend.

Bill Grotjahn, D-ABMDI
Senior Forensic Investigator
Department of Pathology, Immunology and Laboratory Medicine
College of Medicine
 District 8 Medical Examiner
606 SW 3rd Avenue
Gainesville, Florida 32601
352-273-9292 – phone
352-273-9288 - Fax

**UF** | UNIVERSITY of FLORIDA
The Foundation for The Gator Nation

1

**Merritt, Randall**

| | |
|---|---|
| **From:** | Pentolino, Mark D. <MarkPentolino@fdle.state.fl.us> |
| **Sent:** | Tuesday, August 16, 2016 10:55 AM |
| **To:** | Merritt, Randall |
| **Subject:** | RE: Case status |

Yes. If you guys want to pursue any criminal matters or administrative matter, we are done with the case. We would only work a case that showed criminal offenses causing his death. As far as something like criminal falsification of records that Lingis mentioned, those charges are referred back to the IG's office.

**From:** Merritt, Randall [mailto:merritt.randall@mail.dc.state.fl.us]
**Sent:** Tuesday, August 16, 2016 10:49 AM
**To:** Pentolino, Mark D.
**Subject:** RE: Case status

JA-37-0110 is closed?

**From:** Pentolino, Mark D. [mailto:MarkPentolino@fdle.state.fl.us]
**Sent:** Monday, August 15, 2016 2:58 PM
**To:** Merritt, Randall <merritt.randall@mail.dc.state.fl.us>
**Subject:** RE: Case status

No, just all of the reports and the last IR serves as the closing.

**From:** Merritt, Randall [mailto:merritt.randall@mail.dc.state.fl.us]
**Sent:** Monday, August 15, 2016 2:48 PM
**To:** Pentolino, Mark D.
**Subject:** RE: Case status

Do you have an Investigative Case Summary?

**From:** Pentolino, Mark D. [mailto:MarkPentolino@fdle.state.fl.us]
**Sent:** Monday, August 15, 2016 1:14 PM
**To:** Merritt, Randall <merritt.randall@mail.dc.state.fl.us>
**Subject:** RE: Case status

Here is the last 5

**From:** Merritt, Randall [mailto:merritt.randall@mail.dc.state.fl.us]
**Sent:** Monday, August 15, 2016 11:59 AM
**To:** Pentolino, Mark D.
**Subject:** RE: Case status

10-4.

1

**From:** Pentolino, Mark D. [mailto:MarkPentolino@fdle.state.fl.us]
**Sent:** Monday, August 15, 2016 11:59 AM
**To:** Merritt, Randall <merritt.randall@mail.dc.state.fl.us>
**Subject:** RE: Case status

Ill run it by there today

**From:** Merritt, Randall [mailto:merritt.randall@mail.dc.state.fl.us]
**Sent:** Monday, August 15, 2016 11:58 AM
**To:** Pentolino, Mark D.
**Subject:** RE: Case status

Mark,
I need to get your case closing / summary on this ASAP. We have more request for records release.

Thanks

**From:** Pentolino, Mark D. [mailto:MarkPentolino@fdle.state.fl.us]
**Sent:** Wednesday, August 03, 2016 1:53 PM
**To:** Merritt, Randall <merritt.randall@mail.dc.state.fl.us>
**Subject:** RE: Case status

I'm meeting with the ASA tomorrow, I'll call you after that


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Merritt, Randall" <merritt.randall@mail.dc.state.fl.us>
Date: 8/3/16 1:50 PM (GMT-05:00)
To: "Pentolino, Mark D." <MarkPentolino@fdle.state.fl.us>
Subject: FW: Case status


Mark,

Any update on this case?


**From:** Merritt, Randall
**Sent:** Wednesday, May 11, 2016 4:10 PM
**To:** 'Pentolino, Mark D.' <MarkPentolino@fdle.state.fl.us>
**Subject:** Case status

Mark,

Any update on JA-37-0110? The Death Investigation on Inmate Vincent Gaines.

Thanks

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and ███████████████████████████████████████████████████ After approximately fifty (50) minutes ███████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this report is to document the investigation into the death of Inmate Vincent Gaines.

On December 3rd, 2015, at approximately 1306 hours, UCI U-dormitory housing officer Franklin White approached cell U3-101 (U-dormitory, wing 3, cell 101)███████████████████ Upon looking into cell U3-101, which solely housed Inmate Vincent Gaines (DC # 547656), Gaines was observed lying on the cell floor and appeared to be having difficulty getting up. The shift Officer in Charge (OIC), Lieutenant (Lt) Joshua Davis was notified who immediately responded.

Lt Davis responded to cell U3-101 and determined that an emergency cell breach was necessary for Inmate Gaines ████████████████ Lt. Davis instructed Correctional Officer (CO) Wayne Wood to act as the camera operator during the extraction. CO Wood retrieved the U-dorm handheld camera and began recording at approximately 1326 hours, at which time Lt Davis conducted his lead-in statement. Once adequate staff and the security shield were present for precautionary measures, the cell door was breached and restraints were applied to Gaines with no force used. Staff members assisted Gaines ████████████ and escorted him to the U-dorm ███████████████████████████████████████████ It was determined that Gaines needed to be transported ██████████████████████ Inmate Gaines was transported t ███████████████████████ ████

While Gaines was present ███████, ████████████████████████████████

| Case Number: JA-37-0110 | Serial #: 1 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Case Opening IR | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 1 |

 determined that Inmate Gaines would need to be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At approximately 1420 hours, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Inmate Gaines, to no avail. At approximately 1448 hours, ▓▓▓▓▓▓ pronounced Inmate Gaines deceased. At approximately 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting the death of Inmate Gaines.

At approximately 1710 hours, FDLE Special Agent Supervisor (SAS) Matt Walsh, Special Agent (SA) Yolanda Carbia, SA George Dandelake, and SA Mark D. Pentolino arrived at UCI. Agents arrived at the UCA at approximately 1720 hours and conducted an inspection of Inmate Gaines' body. Photographs of Inmate Gaines' body were taken and no sign of obvious trauma was found. At approximately 1730 hours, contact was made with 8th District Medical Examiner (ME) Investigator Bill Grotjahn and a briefing was given. Investigator Grotjahn advised that ME personnel would not be responding and to have Inmate Gaines' body transported to the ME's office for autopsy the following day. At approximately 1737 hours, Archer funeral home was notified by FDOC to respond for transport.

After inspection and photos were taken of Inmate Gaines' body and cell U3-101, both were released to DOC control. Several DOC Correctional staff members, as well as ▓▓▓▓▓▓▓▓ ▓▓▓▓ staff were interviewed, which will be documented in subsequent IR's.

The DOC generated documents, including the inital Management Information Notes System (MINS) report, inital incident report (15-8668), UCA crime scene log, and cell U3-101 crime scene log were all submitted as related item # INV-8. The Compact Disc (CD) containing digital photographs of Inmate Gaines' body was submitted as related item # INV-9.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ██████████████████████████████████████████████████████

██████████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's  interview ████████████████████████████████ at the UCI during the incident involving Gaines. The  voluntary and sworn interview with ████████, was recorded and conducted on December 3, 2015, at UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 1).

The interview with ████████ began at approximately 1747 hours. ████████ advised he has worked at UCI for 7 months and his official title ████████████████. ████████████████████████████████.

████████ stated that on December 3, 2015, at approximately 1350 or 1400 hours, he observed Gaines being transported by security ██████████████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████

██████████████████████████████████████████████████

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 2 |
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview with ████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 2 |

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████ ██████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████

████████ advised that when █████████ Gaines ██████████ to have very poor hygiene, he was very thin, and he was covered in dry feces.  When asked why Gaines was covered in feces, █████████ stated that "Apparently he (Gaines) used to do his business on the floor" and he stated that Gaines had ███████████████ . ████████ said the only ██████████████ Gaines was ██████████████████████ interview with ████████ concluded at approximately 1758 hours.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interview with ████████████████████████████████████████ at the UCI involving Gaines. The voluntary and sworn interview with ████████████████ was recorded and conducted on December 3, 2015, at the UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 2).

The interview with ████████████ began at approximately 1801 hours. ████████████ advised she works ████████████████████████ at UCI. She said she became involved in the incident with Gaines when Sgt. Bell came into her office and said they needed her to make copies of the ████████████ She then followed Sgt. Bell ████████████ of UCI. While she was making copies and filling out the necessary paperwork, ████████████████████████████ ████████  ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ advised that was her only involvement with the incident. The interview with ████████████ concluded at approximately 1804 hours.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 3 |
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview with ████████████████

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ▮▮▮▮▮▮▮▮▮ Inmate Gaines was removed from his cell and transported ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After approximately fifty (50) minutes ▮▮▮▮▮▮ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interview with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the UCI involving Gaines. The voluntary and sworn interview with ▮▮▮▮▮▮▮▮ was recorded and conducted on December 3, 2015, at the UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 3).

The interview with ▮▮▮▮▮▮▮ began at approximately 1817 hours. ▮▮▮▮▮▮▮▮ advised she works ▮▮▮▮▮▮▮▮▮ at UCI. She said she became involved in the incident with Gaines when she came ▮▮▮▮▮▮ on an unrelated matter. ▮▮▮▮▮▮▮ was asked to help with transcription. She advised she transcribed what ▮▮▮▮▮▮▮ was saying. She had no participation in ▮▮▮▮▮▮▮▮▮▮▮▮▮ Gaines. The interview with ▮▮▮▮▮▮▮ concluded at approximately 1821 hours.

| Case Number: JA-37-0110 | Serial #: 4 |
|---|---|
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview with ▮▮▮▮▮▮▮▮▮ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████. Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interview with Corrections Officer (CO) Alec Michael Finley who was involved in the incident at UCI involving Gaines. The voluntary and sworn interview with CO Finley, was recorded and conducted on December 3, 2015, at UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 4).

The interview with CO Finley began at approximately 1825 hours. He has been employed by DOC for two years and is assigned ████████████████ at UCI. He stated that on December 3, 2015, at approximately 1230-1300 hours, after finishing lunch the CO's started pulling inmates for their activities. CO Finley said that the Seargent of U Dorm (name was unintelligable), advised that U dorm had an inmate that was ████████████ CO Finley and CO Andrew Polk responded to Gaines' cell. CO Finley said he observed Gaines on the ground, face down, and they called out to him but he was ████████████ CO Finley further stated that Gaines was naked, ████████████████████████████ and observed feces inside the cell. CO Finley said that while on the ground, he observed Gaines raise his shoulder and heard him grunt. CO Finley, CO Polk and CO White (CO Finley could not remember the fourth CO that assisted in the breach) suited up in a blue PPE suit in preparation to breach the cell. Once inside the cell he said they ████████████████████ and took him to the U Dorm █████. After taking him ████████████████, he said they ████████ transported him ████████████ CO Finley said that CO's put on blue PPE suits when inmates are covered in feces ████████ As far as Gaines' cell, CO Finley said that Gaines cell was

| Case Number: JA-37-0110 | Serial #: 5 |
|---|---|
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview with CO Alec Finley

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
| --- | --- |
| IR Number | 5 |

always dirty but never as bad as he had observed today.  CO Finley stood by ███████████
████████████████████████████████  CO Finley said he had no further
involvement in the incident.  The interview with CO Finley concluded at approximately 1832
hours.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████████████████████
███████████████████████████████████████████████ After approximately fifty (50) minutes ███████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's  interview with Corrections Officer (CO) Andrew Polk who was involved in the incident at the UCI involving Gaines. The voluntary and sworn interview with CO Polk was recorded and conducted on December 3, 2015, at the UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 5).

The interview with CO Polk began at approximately 1834 hours. He has been employed by DOC for a total of six years and works the admin shift assigned to U Dorm at UCI. He stated that on December 3, 2015, at approximately 1300 hours, after finishing lunch the Sergeant advised him that there was ███████████████ inmate. CO Polk responded to Gaines' cell and called out his name. CO Polk stated Gaines did not respond to his name but moaned and moved his shoulder. CO Polk said it was decided that CO's needed to breach Gaines' cell, so they put on their PPE suits. CO Polk said when they entered the cell, Gaines was face down and on the floor. CO Polk stated they put on their PPE suits when there is feces or bodily fluids in a cell. CO Polk said he recalled Gaines always had poor hygiene. He said his cell wasn't as poorly kept in the past, as he had observed it on the day of the incident.

CO Polk said that Gaines was placed ████████████ and transported to the U Dorm ██████ ████████ staff requested that Gaines be ███████████████ taken ██████ ████████ CO Polk remained at ███████████ for a few minutes. When returning to his duties at U Dorm, CO Polk stated he passed █████ arriving at the scene. The interview with CO

| Case Number: JA-37-0110 | Serial #: 6 |
|---|---|
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview with CO Andrew Polk

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

402720160815123758

| Case Number | JA-37-0110 |
| --- | --- |
| IR Number | 6 |

Polk concluded at approximately 1841 hours.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████ █████████████████████████████████████ █ ████████████████████████ After approximately fifty (50) minutes ███████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interview with Corrections Officer (CO) Samuel Osborne who was involved in the incident at the UCI involving Gaines. The voluntary and sworn interview with CO Osborne, was recorded and conducted on December 3, 2015, at the UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 6).

The interview with CO Osborne began at approximately 1843 hours. He has been employed by DOC for a total of two years, he works the bravo shift and assigned to U Dorm at UCI.

CO Osborne stated that on December 3, 2015, he assisted in breaching Gaines' cell. CO Osborne said the breaching team consisted of CO Andrew Polk, CO Alec Michael Finley, and CO White (not indexed due to lack of identifiers). He said Lieutenant Davis (not indexed due to lack of identifiers) supervised the breaching. CO Osborne said he observed Gaines on the floor, nude, and on his stomach. When the breaching team made contact with Gaines, CO Osborne said that he applied the leg restraints and that another CO on the team applied the handcuffs. CO Osborne said Gaines was ████████████████████████ He observed Gaines ██████████████, and they covered Gaines with a blanket. The breaching team tried to Gaines to stand up. When they couldn't get him to stand up, ██████████████████████████.

CO Osborne said Gaines was taken to the U Dorm ████████████, and the ███████ staff

| Case Number: JA-37-0110 | Serial #: 7 |
|---|---|
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview with CO Samuel Osborne

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 7 |

███████████████████████████████████████. CO Osborne said he observed Gaines' eyes open up ██████████████████ The ████ staff then requested the CO's transport Gaines ████████████. CO Osborne advised this concluded his involvement in the incident.  The interview with CO Gaines concluded at approximately 1847 hours.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### INVESTIGATIVE REPORT

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████████████████████ ███████████████████████████████████████████ After approximately fifty (50) minutes ██████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interview with ███████████████ who was involved in the incident at the UCI involving Gaines. The voluntary and sworn interview with ███████████ was recorded and conducted on December 3, 2015, at the UCI, in a private room. Written below is a summary of the recorded interview and it should not be considered a verbatim transcript. For specific details, please refer to the CD recording which has been placed into the related items section of this case file (INV # 7).

The interview with ███████████ began at approximately 1908 hours. She has been ██████ since 2005 and employed by DOC (assigned to UCI) for the past six months. ██████████ ████████████████████████ With these duties, she covers all of UCI. ███████████ voluntarily became involved in the incident with Gaines when ████████████████████████ ████████████████████ When she arrived at the scene ████████████████████████ She said Gaines was ███████████████████████████████████████. ████████████ said she then assisted ████████████████████████████ ████████████████████ She advised that she had never had any previous prior contact with inmate Gaines. The interview concluded at 1912 hours.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 8 |
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview with ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████████ ███████████████████████████████████ █████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated.

The purpose of this report is to document Special Agent (SA) Yolanda Maria Carbia's interviews with the inmates housed in U Dorm, that may have witnessed any significant aspects of the incident involving Gaines. The below inmates were interviewed and shown a DOC picture of Gaines. Listed below are the names of the inmates interviewed and any statements they provided. All inmates below were housed on the upper, second floor of U Dorm.

- Luke Stickley - no observations.

- Xavier Cromartie - stated he observed Gaines as he was taken out of the cell ████████ ████████████████████ .

- Sean Champ - no observations.

- David Gonzalez - no observations.

- Jerod Clark - no observations.

- Angel Rodriguez - no observations.

| Case Number: JA-37-0110 | Serial #: 9 |
|---|---|
| Author: Carbia, Yolanda Maria | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interviews of inmates in U Dorm

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 9 |

- Lewis Smith - said Gaines ███████████ the week prior to this incident.

- Jarvey Jacobs - said Gaines had ████████ a month.

- Daniel K Gilmore - when passing out juices, at approximately 0900 hours on the day of the incident, he observed Gaines on his mattress and on his stomach. Gaines was covered with his bunk sheet.

This concluded SA Carbia's interviews with inmates in U Dorm.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████ After approximately fifty (50) minutes ███████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the autopsy of Vincent Gaines.

On December 4th, 2015, at approximately 1140 hours, Special Agent (SA) Mark D. Pentolino attended the autopsy of Inmate Vincent Gaines at the District 8 Medical Examiner's (ME) Office, located at 606 SW 3rd Avenue, Gainesville, FL 32601. The Medical Examiner performing the autopsy was Dr. William Hamilton, with the assistance of Forensic Technologist Patrick Linderleaf.

The autopsy began at 1140 hours and ended at approximately 1250 hours. SA Pentolino provided Dr. Hamilton with a briefing on the medical incident. Dr. Hamilton advised of the following preliminary autopsy findings:



- ███████
- █████████████████████████████████████
- ███████████████████████████
- ███████████████████████████████████████████
- ██████████████████████████████████████████████
- █████████████████████

Probable cause of death: ████████████████████████████

The preliminary autopsy findings report (INV # 10) was electronically submitted and the Compact Disc (CD) containing the autopsy photos (INV # 11) was submitted to the related items

| Case Number: JA-37-0110 | Serial #: 10 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/04/2015 | Activity End Date: 12/11/2015 |
| Approved By: Walsh, Matthew James | |

Description: Autopsy of Inmate Vincent Gaines

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 10 |

section of this case by SA Pentolino.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████████████████████ After approximately fifty (50) minutes ████████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ████████████.

On December 3rd, 2015, at approximately 1749 hours, SA Pentolino conducted a voluntary sworn audio recorded interview with ████████████ The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by ████████████

████████████ advised she was within ██████ when Inmate Gaines was brought in. ██████ stated that she assisted ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████.

██████ did not provide any further pertinent information and the interview was concluded at approximately 1752 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-12 by SA Pentolino.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 11 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ▮▮▮▮▮▮▮▮ Inmate Gaines was removed from his cell and transported ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After approximately fifty (50) minutes ▮▮▮▮▮▮▮ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ▮▮▮▮▮▮▮▮▮▮.

On December 3rd, 2015, at approximately 1756 hours, SA Pentolino conducted a voluntary sworn audio recorded interview with ▮▮▮▮▮▮▮ The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by ▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Inmate Gaines had previously been housed in U-dorm, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ believed it was approximately October 2015 when Inmate Gaines was housed back into U-dorm.

During November 2015, Inmate Gaines continually refused ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ made contact with Inmate Gaines at his cell front to ensure he was communicating that he was unwilling to take part in ▮▮▮▮▮▮▮▮ Between November and December 2015, an odor had been coming out of Gaines' cell, described as body odor, urine, and feces. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ explained that Gaines was a topic of discussion the week prior to his death ▮▮▮▮▮▮▮▮▮▮▮▮.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 12 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ▮▮▮▮▮▮▮▮ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 12 |



At approximately 1200 hours on December 3rd, 2015, ███████ was advised by CO Franklin White that Inmate Gaines did not take his lunchtime food tray and would not come to his cell door when ordered to do so. After the pickup of lunch trays, ████████ requested that Inmate Gaines be pulled for a shower ██████████. While out of the cell, they were going to attempt to give Inmate Gaines ████████████████ ██████████████████████████ Due to Gaines' ████████████████████ to get off his cell floor, the decision was made by Lt. Joshua Davis to conduct an emergency cell breach. Once the breach was conducted, Inmate Gaines was handcuffed without incident ██ ████████████████. Inmate Gaines was transported to the U-dorm ████████████ ██████████. Inmate Gaines██████████████████████████████████████ ████████████ ██████████ remained in U-dorm when Gaines was taken ██████████

████████ did not provide any further pertinent information and the interview was concluded at approximately 1806 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-13 by SA Pentolino.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████ After approximately fifty (50) minutes ██████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Correctional Officer (CO) Wayne Wood Jr.

On December 3rd, 2015, at approximately 1829 hours, SA Pentolino conducted a voluntary sworn audio recorded interview with CO Wood. The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by CO Wood.

CO Wood stated he was employed at UCI and was working as a CO within U-dormitory on December 3rd, 2015. CO Wood explained that he was ████████ throughout the day in wing 3 where Inmate Gaines was housed. CO Wood observed Inmate Gaines lying on the cell floor on his mattress ███████████████████ but did notice that Inmate Gaines had moved on several occasions ███████████ CO Wood advised that lunch trays were given out at approximate 1200 hours and when the trays were retrieved at 1230 hours, Inmate Gaines had moved, but did not take or eat anything off of his tray.

CO Wood advised he noticed a strong urine odor coming from Inmate Gaines' cell. CO Wood was unaware of when Inmate Gaines took his last shower due to showers being administered on the night shift and CO Wood worked the day shift.

Once the determination was made to extract Inmate Gaines from his cell, CO Wood was ordered to retrieve the U-dormitory camcorder and to record the cell extraction and transport █ ██. CO Wood recorded Inmate Gaines being extracted from his cell and the transport to the

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 13 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of CO Wayne Wood Jr

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|-------------|------------|
| IR Number   | 13         |

███████████ U-dorm. Due to ████████████████ the camera operator was instructed to remain outside ██████████ and film through a Plexiglas door. Shortly after Inmate Gaines was taken ██████████████, the decision was made to transport Inmate Gaines ██ ██. During the transport, CO Wood stated he did not observe Inmate Gaines move or talk. Once ███████ Inmate Gaines was moved ███████████████████████████ Once Inmate Gaines was moved ██████████, CO Wood was instructed to cease the camera operations. After the camera was stopped, CO Wood remained ██████ for a short period of time. █████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████ ███████████

CO Wood did not provide any further pertinent information and the interview was concluded at approximately 1837 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-14 by SA Pentolino.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ███████████████████████ ██████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Correctional Officer (CO) Jeffrey Fugate.

On December 3rd, 2015, at approximately 1842 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with CO Fugate. The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by CO Fugate.

CO Fugate stated he was employed at UCI and was working in kitchen security in the southwest unit on December 3rd, 2015. At approximately 1200 hours, CO Fugate was requested to help in internal transports of inmates. While conducting transports, he heard that something was going on ████████ CO Fugate reported ████████ in an attempt to provide assistance if needed. Once CO Fugate entered ████ he observed several DOC staff ████ ████████ including Captain Timmy Robinson. Due to the amount of personnel ████████, CO Fugate departed the area. CO Fugate did not observe Inmate Gaines, nor did he ████████████████████████

CO Fugate did not provide any further pertinent information and the interview was concluded at approximately 1844 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-15 by SA Pentolino.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 14 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of CO Jeffrey Fugate

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████████████████████ ████████████████████████████████████████ After approximately fifty (50) minutes ███████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Lieutenant (Lt) Joshua Davis.

On December 3rd, 2015, at approximately 1848 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with Lt Davis. The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by Lt Davis.

Lt Davis stated he was employed at UCI and was working as a shift Lt on December 3rd, 2015. Lt Davis explained that December 3rd was the first time he ever had any involvement with Inmate Gaines. Lt Davis was called over to U-dorm due to Inmate Gaines ███████████ getting off of his cell floor. Once at cell front, Lt Davis observed Inmate Gaines lying on the cell floor, face down attempting to get off of the floor. Lt Davis advised that a cell breach became necessary to provide Inmate Gaines ███████████████. Once the breach was made, Inmate Gaines was handcuffed an ███████████████ While in the cell, Lt Davis observed food and fecal matter scattered throughout the cell floor. Once ███████████, Inmate Gaines was transported ███████████████ within U-dorm. ██████████ the decision was made to transport Inmate Gaines ███████.

Inmate Gaines was assisted ███████████████████████████. Inmate Gaines was then transported ███████████ ██████████████████████████████████████ ██████ Shortly after arrival ████████████████████████████████████████

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 15 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of Lt Joshua Davis | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 15 |

███████████████████████████████████████████.████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
███████████████████ After approximately 20 more minutes, ██████████ pronounced Inmate Gaines deceased.

Lt Davis was unaware of the last time Inmate Gaines' cell was cleaned or when Gaines took his last shower. Lt Davis explained that inmates are given the opportunity to shower three (3) times a week, but can refuse showers. Lt Davis stated if it became necessary for an inmate to take a shower ███████████████████████████████████ to mandate a shower by force if necessary.

Lt Davis did not provide any further pertinent information and the interview was concluded at approximately 1856 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-16 by SA Pentolino.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ████████████████████████████

████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Correctional Officer (CO) Millard Bell.

On December 3rd, 2015, at approximately 1900 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with CO Bell. The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within the UCA area. The following is in essence the information provided by CO Bell.

CO Bell stated that he worked at UCI and was assigned ████████████ as the security officer on December 3rd. CO Bell advised at approximately 1350 hours, Inmate Gaines was brought ████ ████.

CO Bell did not get an up close view of Inmate Gaines, but did notice that Gaines had feces at the bottom of his feet. CO Bell advised lack of self care and hygiene was not uncommon for inmates coming ████████████████████████████. CO Bell could not remember all of ████████ staff ████████ but did ████████████████ present.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████. After approximately twenty (20) minutes ████████████████ ████████ pronounced Inmate Gaines deceased. CO Bell stated that he ████████████████████████ Inmate Gaines for at least

| Case Number: JA-37-0110 | Serial #: 16 |
| --- | --- |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of CO Millard Bell

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 16 |

fifty (50) minutes before Inmate Gaines was pronounced deceased.

CO Bell did not provide any further pertinent information and the interview was concluded at approximately 1906 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-17 by SA Pentolino.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ████████████████████████ ████████████████████████████████████████ ██ After approximately fifty (50) minutes ██████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Inmate Mcgill Hodges.

On December 3rd, 2015, at approximately 1943 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with Inmate Hodges. The interview took place at UCI located at 7819 N.E. 228th Street, Raiford, FL 32026, within U-dormitory. The following is in essence the information provided by Inmate Hodges.

Inmate Hodges stated he was an inmate housed within UCI and was an orderly that assisted in feeding inmates within U-dormitory. Inmate Hodges advised that he was familiar with Inmate Gaines and was able to provide his wing and cell number, which was U3101. On Wednesday, December 2nd, 2015, Inmate Hodges observed Inmate Gaines standing at his door and moving around. Inmate Hodges said he attempted to speak with Inmate Gaines from time to time, but usually cannot understand what Inmate Gaines was saying. On December 3rd, 2015, Inmate Hodges did not observed Inmate Gaines standing at his door and advised that Gaines did not eat his tray that morning. Inmate Hodges was unaware if Gaines ate his lunch meal due to he was not present when the trays were retrieved.

Inmate Hodges advised that he thought Inmate Gaines was a good eater due to his tray typically being empty upon retrieval. However, Inmate Hodges explained that he cannot say for sure the food was actually consumed, only that the tray was empty upon its removal from the cell.

| Case Number: JA-37-0110 | Serial #: 17 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of Inmate McGill Hodges

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 17 |

Inmate Hodges stated that he was unaware of any staff mistreatment of Inmate Gaines and had never known Inmate Gaines to be restricted from food. Inmate Hodges claimed that if he observed any staff mistreatment of Gaines or if Gaines was not being given food trays he would report it.

Inmate Hodges did not provide any further pertinent information and the interview was concluded at approximately 1947 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-18 by SA Pentolino.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ▮▮▮▮▮▮▮ Inmate Gaines was removed from his cell and transported ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After approximately fifty (50) minutes ▮▮▮▮▮▮▮ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ▮▮▮▮▮▮▮▮▮▮

On December 3rd, 2015, at approximately 2031 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with ▮▮▮▮▮▮▮▮▮. The interview took place at ▮▮▮▮▮▮▮▮▮▮ headquarters. The following is in essence the information provided ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were dispatched to UCI on December 3, 2015. The call came out as an inmate ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. At approximately 1421 hours ▮▮▮ arrived on scene and responded ▮▮▮▮▮▮. Upon entrance into ▮▮▮▮▮▮▮▮ (Inmate Gaines). ▮▮▮▮▮▮▮▮▮ had been going on for some time and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮, but was unsuccessful. ▮▮▮ was also advised that ▮▮▮▮▮▮▮▮▮▮ Inmate Gaines, but upon ▮▮▮▮▮▮▮▮▮▮ with his equipment there was none present, therefore ▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮ Inmate Gaines and began pushing ▮▮▮▮▮▮ in ▮▮▮▮ Allen advised approximately ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Inmate Gaines ▮▮▮▮ After pushing ▮▮▮▮▮▮ showed Inmate Gaines ▮▮▮▮▮▮▮▮ At that point ▮▮▮▮▮▮▮▮▮▮▮▮▮ Inmate Gaines,

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 18 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ▮▮▮▮▮▮▮▮ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

402720160815123758

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 18 |

███████████████████████████████████ and it appeared Inmate Gaines ███████████████████████████████ of this finding and ████████ advised him to keep ███████████████.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████. Shortly thereafter, ████████ pronounced Inmate Gaines deceased.

███████████████ stated ████████ was not at the scene, he would have called Inmate Gaines deceased upon arrival. ████████████████████ ████████████████████████ that Inmate Gaines was already deceased and had been for some time when he arrived.

████████████████ did not provide any further pertinent information and the interview was concluded at approximately 2040 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-19 by SA Pentolino.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ███████████████████████████████████████ ███████████████████████████████████████████████ After approximately fifty (50) minutes ███████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ██████████████████████████████████████████

On January 27th, 2016, at approximately 1703 hours, Special Agent (SA) Mark D. Pentolino conducted a voluntary sworn audio recorded interview with ███████████. The interview took place at ████████████████ headquarters. The following is in essence the information provide ███████████

███████████ remembered on December 3rd, 2015, he ████████████████████ were dispatched to UCI in reference to an inmate ████████████████████████. Upon arrival at UCI ████████████████████████████████████████.
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████. After approximately twenty (20) minute ████████████████ Inmate Gaines, ████████████ pronounced Inmate Gaines

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 19 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:01/27/2016 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 19 |

deceased.

████████████████████████████████████████
████████████████████████████████████████ that Inmate
Gaines was deceased when they arrived.

████████████ did not provide any further pertinent information and the interview was concluded at approximately 1710 hours.

The Compact Disc (CD) containing the sworn audio recorded interview was placed into the Related Items section as item # INV-20 by SA Pentolino.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████
████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ███████████████

On December 3, 2015, Special Agent George Dandelake conducted a sworn, recorded interview of █████████████████████████. This interview was conducted at the Union Correctional Institution in the urgent care area of the facility. ████████ provided the following information, in summary, to SA Dandelake:

███████ stated that she was walking by ████████████████████████████████
████████████████ inmate, subsequently identified as inmate Gaines, ████████████ She stated that she observed █████████████████ Gaines and ████████ Gaines attempted to assist ██████████████████████████████████████████████ stated that she does not know why Gaines was █████████████████ She stated that ████ arrived and Gaines was transferred to the ████████████████████

A compact disc containing a digital recording of this interview will be maintained in this case file as related item number INV-21.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 20 |
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████

████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ████████████████████████.

On December 3, 2015, Special Agent George Dandelake conducted a sworn, recorded interview of ████████████████████████. This interview was conducted at the Union County Correctional Institute in the urgent care area of the facility. Harden provided the following information, in summary, to SA Dandelake:

████████ stated that on the referenced date she was notified that Gaines was ████████ in his cell. ████ stated that Gaines ████████████████████████ has also not been bathing. She further stated that ████████████████████████████████████████ at approximately 12:30 to 12:45 P.M. on that date correctional staff made contact with Gaines in his cell and discovered that he ████████████████. ████ made contact with Gaines in the dorm ████████████████████████████████. She stated that Gaines had been lying on the floor of his cell ████████████████████ She stated that it appeared that Gaines ████████████████████ ████████

████████████████████████████████████████ They transported Gaines ████████████████████████████████ and had no further interaction with him after he was transported from the dorm.

A compact disc containing a digital recording of this interview will be maintained in this case file as related item number INV-22.

| Case Number: JA-37-0110 | Serial #: 21 |
|---|---|
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████
████████████████████████████████████ █ ████████████████████████ After approximately fifty (50) minutes ███████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of ████████████████████.

On December 3, 2015, Special Agent George Dandelake conducted a sworn, recorded interview of ██████████████████████. This interview was conducted at the Union County Correctional Institute in the urgent care area of the facility. ██████ provided the following information, in summary, to SA Dandelake:

███████ stated that on this date she was working in the dorm where Gaines was housed. She stated that Gaines has been quiet lately, and at approximately between 12:00 and 12:30 P.M. he was served lunch and did not eat. ████████████████████████████████
█████████████████████████████████████████████████████████████. As a result, a security team made contact with Gaines in his cell ███████████████████ They moved him ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████

Gaines was ███████████████████████████ of the facility and wa ████████████████
████████████████████████████████████████████████ Gaines was pronounced deceased shortly thereafter ██████████████ at the facility.

A compact disc containing a digital recording of this interview will be maintained in this case file as related item number INV-23.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 22 |
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |
| Description:Interview of ████████████ | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████ Inmate Gaines was removed from his cell and transported ██████████████████████████████████████████████████████████ ███████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Correctional Officer Frank White.

On December 3, 2015, Special Agent George Dandelake conducted a sworn, recorded interview of Correctional Officer Frank White. This interview was conducted at the Union County Correctional Institute. White provided the following information, in summary, to SA Dandelake:

White stated that on the referenced date he was assigned to the U dorm, where Gaines was housed. He stated that he has been assigned to the U dorm for approximately eight months. He stated that on this date, Gaines was "up and about" and was talking, but normally does not speak very much.

White stated that they served lunch at approximately 12:15 to 12:30 P.M. and Gaines did not eat his lunch. At that point, White noticed that something was "not right" and he notified his supervisor ███████████████████ White stated that Gaines had hygiene problems, including defecating and urinating upon himself and in his cell. White stated that the staff routinely had to clean his cell and have Gaines take a shower.

White and other officers made contact with Gaines in his cell and determined that Gaines███ ███████████████████████████████████████. He stated Gaines ███████████████ and was laying on the floor face down and partially on his side, but Gaines was not communicative verbally.

White stated that they placed Gaines ████████████████████████████████████████████ ████████████████████████████████████████. White waited outside of the door ███████

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 23 |
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of DOC Officer Frank White

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 23 |

███████████████████████████ Upon direction of ███████████ White and other officers transported Gaines ███████████████████████████████████.

Once Gaines arrived ████████████████████████████████
██████████████████████████████████████
████████████████████████████. White returned to his assigned post in the U dorm area and later learned that Gaines had died.

A compact disc containing a digital recording of this interview will be mainatiend in this case file as related item number INV-24.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the interview of Correctional Officer Sergeant Derek Sullivan.

On December 3, 2015, Special Agent George Dandelake conducted a sworn, recorded interview of Correctional Officer Sergeant (Sgt.) Derek Sullivan. This interview was conducted at the Union County Correctional Institute. Sullivan provided the following information, in summary, to SA Dandelake:

Sullivan stated that he was assigned to the U dorm on this date. He stated that at approximately 1:00 P.M. he was notified that inmate Gaines did not eat his lunch. Sullivan stated that he was planning on removing Gaines from his cell ████████████████████████████, as he felt that "something was out of place." Sullivan stated that Gaines had a history of hygiene problems in which Gaines would defecate and urinate upon himself and in his housing area, and Sullivan had notified ████████████████████ of these issues.

Sullivan stated that officers breached the cell where Gaines was housed and removed him from the cell. He stated that Gaines ████████████████████ Gaines was placed ████████████ and moved ████████ within the dorm ████████████ ████████ He was not talking ████████████████████████ Sullivan described Gaines ████████████████ ████████████████ Gaines was ████████████████████ Sullivan did not accompany officers ████████, but remained in the dorm and secured the cell where Gaines was housed.

A copy of this interview will be maintained in this case file as related item number INV-25.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 24 |
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of DOC Sgt. Derek Sullivan

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ██████████████████████████████████████████ █████████████████████████████████████████████████████ After approximately fifty (50) minutes ██████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this report is to document the interview of inmates housed in U Dorm that may have witnessed any significant aspects of the incident involving Gaines.

On December 3, 2015, FDLE SA Dandelake conducted interviews of inmates housed in U dorm that may have potentially witnessed any aspects of the incident involving Gaines. In conducting these interviews, SA Dandelake also showed each inmate a picture of Gaines. The following information, in summary, was obtained during the interviews:

David Northrup: He stated that he had no direct knowledge of the incident.

Vandarius Roundtree: He stated that Gaines had a history of urinating on himself. He further stated that he did not see Gaines sustain any physical harm.

Ralph Pryor: He stated that he had no direct knowledge of the incident and did not know Gaines.

Ronald Walker: He stated that he knew Gaines and believed that Gaines ████████████ ████████████████████████ He further stated that he did not see Gaines sustain any physical harm.

Michael Zisholtz: He stated that he had no direct knowledge of the incident and did not know Gaines.

David Allen: He stated that he has seen him in the dorm but has no direct knowledge of the

| Case Number: JA-37-0110 | Serial #: 25 |
|---|---|
| Author: Dandelake, George Walter | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:12/03/2015 |
| Approved By: Walsh, Matthew James | |

Description:Interview of inmates in U dorm

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 25 |

incident.

Freddy Velazquez: He stated that he did not know him personally but that he smelled horrible. He further stated that he never saw anyone do anything to him.

Dan Mickle: He stated that he had seen him in the dorm but had no direct knowledge of the incident.

Hubert Davidson: He stated that he did not know him personally but had seen him in the dorm. He further stated that he had never seen anyone do anything harmful to him.

Prescott Lillie: He stated that he is not housed in U dorm but is assigned to work in the dorm. He stated that he was upstairs during the incident involving Gaines and did not have any direct knowledge of the incident. Additionally he stated that he did not know Gaines.

This concluded this interviews of inmates in U dorm by SA Dandelake.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ After approximately fifty (50) minutes ██████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this report is to document the review of Fixed Wing and Hand Held Video's provided by DOC.

On March 17th, 2016, Special Agent (SA) Mark D. Pentolino reviewed three (3) separate videos pertaining to the undetermined death of inmate Vincent Gaines. The Compact Disc's (CD) containing the video files were labeled FW (Fixed Wing), FW2 (Fixed Wing 2), and HH (Handheld).

A review of the video file labeled FW provided a point of view of U-dormitory, ████████████ ████████████████████████████████. Nothing of note was observed.

A review of the video file labeled FW2 provided a point of view of U-dormitory, ████████████

████████████████████████████████████████████████████████████████ In this file, Inmate Gaines' cell ██████████ Staff members could be seen standing at cell front on several occasions. Staff removed Inmate Gaines from his cell, ██████████████████████, and pushed him out of camera view.

A review of the video file labeled HH provided the cell breach of cell U3101L and the transport of Inmate Gaines to the U-dorm ██████████████████ Inmate Gaines could be observed when staff members entered the cell. From the time Inmate Gaines was taken █ ████████████████ ██████████████████ he was seen slightly moving a couple of times.

During the review of all video's, nothing was observed indicative of any use of force.

| Case Number: JA-37-0110 | Serial #: 26 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 03/17/2016 | Activity End Date:03/17/2016 |
| Approved By: Walsh, Matthew James | |
| Description:Review of U-dorm Fixed Wing and Hand Held Videos | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 26 |

A copy of both fixed wing video CD's, as well as the handheld video were placed in the related items section of this case as related item # INV-26 by SA Pentolino.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent C Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████

████████████████████████████████████████████ After approximately fifty (50) minutes ██████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this report is to document the interview of inmates housed in U Dorm that may have witnessed any significant aspects of the incident involving Gaines.

On December 3, 2015, Special Agent (SA) Mark D. Pentolino conducted interviews of inmates housed in U dorm that may have potentially witnessed aspects of the incident involving Gaines. In conducting these interviews, SA Pentolino also showed each inmate a picture of Gaines. The following information, in summary, was obtained during the interviews:

Mark Williams # H05914 - Refused to speak.

Xavier Givens # N19214 - Did not observe any staff abuse or mistreatment.

Willie Walker # X57530 - Refused to speak.

Byron Everidge # Q13591 - Nothing pertinent to provide. Heard Inmate Gaines was not eating.

Eric Green # 192172 - Advised Inmate Gaines did not regularly shower. Did not observe any state abuse or mistreatment.

Jason Andrews # L63748 - Nothing pertinent to provide.

David Littles III # G16175 - Did not observe any staff abuse or mistreatment. Heard Inmates Gaines was not eating.

| Case Number: JA-37-0110 | Serial #: 27 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 12/03/2015 | Activity End Date:03/03/2016 |
| Approved By: Walsh, Matthew James | |

Description:Interview of Inmates within U-dormitory

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number | JA-37-0110 |
|---|---|
| IR Number | 27 |

Charlain St. Charles # M10114 - Did not observe any staff abuse or mistreatment.

Antonius Wilder # 187653 - Refused to speak.

This concluded the interviews of inmates in U dorm by SA Pentolino.

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ██████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this investigative report (IR) is to document the review and submission of cell photos.

On April 22nd, 2016, Special Agent (SA) Mark D. Pentolino received a compact disc (CD) containing digital photos of Inmate Gaines' cell. The photos were taken by Special Agent Supervisor (SAS) Matt Walsh. The digital photos were placed on a CD and turned over to SA Pentolino for review.

A review of the photos was conducted by SA Pentolino on May 2nd. The photos showed Inmate Gaines' cell with scattered clothing and other material throughout the cell floor. The photos also showed feces and other bodily matter throughout the cell floor.

The CD was placed in the related items section of this case as INV-27 by SA Pentolino.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 28 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 04/22/2016 | Activity End Date:05/04/2016 |
| Approved By: Walsh, Matthew James | |
| Description:Review and Submission of Cell Photos | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
### *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ███████████ Inmate Gaines was removed from his cell and transported ████████████████████████████████████████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the reception of the final autopsy report and its findings.

On April 28th, 2016, Special Agent (SA) Mark D. Pentolino received a copy of the final autopsy report of Inmate Vincent Gaines from the District 8 Medical Examiner's (ME) Office, located at 606 SW 3rd Avenue, Gainesville, FL 32601. The Medical Examiner that performed the autopsy was Dr. William Hamilton, with the assistance of Forensic Technologist Patrick Linderleaf. The following is the autopsy findings:



Manner of Death: Due to probable cause of death being undetermined; no manner was listed
Probable cause of death: Undetermined

The final autopsy report and toxicology report (INV # 28), as well as the 8th District ME Investigative Report (INV # 29) were both electronically submitted to the related items section of this case by SA Pentolino.

| Case Number: JA-37-0110 | Serial #: 29 |
|---|---|
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 04/28/2016 | Activity End Date:05/04/2016 |
| Approved By: Walsh, Matthew James | |
| Description:Final Autopsy Report | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## *INVESTIGATIVE REPORT*

On December 3rd, 2015, at approximately at 1518 hours, the Florida Department of Law Enforcement (FDLE) Watch Desk received a call from the Florida Department of Corrections (FDOC) Office of Inspector General (OIG) Inspector Supervisor Joe Aretino reporting an inmate death at the Union Correctional Institution (UCI). Inmate Vincent Gaines (FDOC # 547656) was found in his single man cell (U3101L) ████████ Inmate Gaines was removed from his cell and transported ██████████████████████████

██████████████████████████████████ After approximately fifty (50) minutes ████████ Inmate Gaines was pronounced dead at 1448 hours. Per a Memorandum of Understanding (MOU) between FDOC and FDLE, FDLE Special Agents responded to UCI where an investigation was initiated. The purpose of this Investigative Report (IR) is to document the meeting with 8th Judicial Circuit Assistant State Attorney (ASA) Shawn Thompson.

On August 4th, 2016, at approximately 1000 hours, Special Agent (SA) Mark D. Pentolino met with ASA Thompson in reference to the undetermined death of Inmate Vincent Gaines. This meeting took place due to the Medical Examiner's (ME) office final autopsy report indicating that the cause and manner of death was undetermined. All IR's were printed and presented to ASA Thompson for review. After a detailed summary of facts and ASA Thompson's review of the IR's, ASA Thompson indicated that his office would not be opening any matter into the death.

Due to there being no evidence to support criminal activity causing the death of Inmate Gaines and ASA Thompson agreement, this case will be closed out by FDLE and turned over to the Department of Corrections Office of Inspector General for any further disposition.

An email from ASA Thompson indicating that the State Attorney's Office would not be seeking charges is attached to the related item's section of this case as item # INV-30 by SA Pentolino.

| | |
|---|---|
| Case Number: JA-37-0110 | Serial #: 30 |
| Author: Pentolino, Mark D | Office: Jacksonville |
| Activity Start Date: 08/04/2016 | Activity End Date:08/04/2016 |
| Approved By: Walsh, Matthew James | |
| Description:Meeting with ASA Shawn Thompson | |

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

Nine (9) pages were redacted in their entirety pursuant to:

- Medical, psychological, and dental records, without a properly executed DC4-711B Consent for Release form. § 945.10(1)(a), 456.057(7)(a), F.S., 45 C.F.R., § 164.502
- Information relating to cause of death in all death records, including the medical certification of the cause of death in a death certificate. §§ 382.008(6), 945.10(1)(a), F.S., 45 C.F.R., § 164.502.