UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEWIS SMITH,

        Plaintiff,

v.                          Case No. 3:15-cv-1484-J-39PDB

DIANE ANDREWS, etc.; et al.,

        Defendants.

### ORDER

The Clerk of the Court shall send a copy of Lewis Smith's Emergency Motion for a Preliminary Injunction (Doc. 1), the Court's Orders (Docs. 3, 6, 7, & 9), and the Responses (Docs. 5, 8, and 10) to the United States Attorney's Office, Jacksonville Division, for whatever action may be deemed appropriate regarding the death of inmate Vincent Gaines, inmate #547656, at Union Correctional Institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of January, 2017.

                                            BRIAN J. DAVIS
                                            United States District Judge

sa 1/13
c:
Lewis Smith
Alexandria Williams, Esquire
Inspector General, FDOC